DANIEL E. ALBERTI (68620)
dalberti@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:   650.813.5000
Facsimile:   650.813.5100

PAUL E. CHRONIS
pchronis@mwe.com
McDERMOTT WILL & EMERY LLP
ARON J. FRAKES
ajfrakes@mwe.com
227 West Monroe Street
Chicago, Illinois 60606
Telephone: 312.372.2000
Facsimile: 312.984.7700

Attorneys for Plaintiff
VESTA STRATEGIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTA STRATEGIES, LLC, <br><br>             Plaintiff, <br><br>     v. <br><br> ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, and CAROL-ANN TOGNAZZINI, <br><br>             Defendants. | CASE NO.  C 07-06216 JW RS <br><br> **PLAINTIFF VESTA STRATEGIES, LLC'S EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

Plaintiff, Vesta Strategies, LLC ("Vesta"), hereby moves this Court *ex parte* for a temporary restraining order and for other relief. Specifically, Vesta respectfully moves for the following immediate relief:

(A) Entry of a temporary restraining order prohibiting Robert Estupinian and Ginny Estupinian (the "Estupinians") from transferring, altering, modifying, copying, destroying, or tampering with any data on Vesta's computer hard drives;

(B) Entry of an injunction requiring the Estupinians to immediately return Vesta's hard drives;

(C) Entry of an order requiring the Estupinians to appear, within 5 days, for a deposition to testify about what they did to Vesta's computers;

(D) Entry of an order for the Estupinians to show cause why they and anyone acting in concert with them (including anyone who purports to authorize them to delete information from the Vesta hard drives) should not be sanctioned for their roles in tampering with and converting Vesta's computers;

(E) Award Vesta all of its attorneys' fees and costs in connection with obtaining the return of Vesta's property; and

(F) Such other or further relief as the Court deems just and appropriate.

In conjunction with its request for a temporary restraining order, Vesta also respectfully moves the Court for leave to file a Second Amended Complaint, attached hereto as Exhibit A. Vesta's proposed Second Amended Complaint makes only two changes to the prior complaint: (1) it adds allegations concerning the Estupinians' conversion of Vesta's computer hard drives and data, and (2) it adds two new defendants who received and accepted monies that were misappropriated from Vesta.

In support of this *ex parte* motion, Vesta submits herewith its Memorandum of Points and Authorities; the Declarations of Paul Chronis and Peter Ye, and the Proposed Order. This motion is made pursuant to Rules 65(b) and 15(a) of the Federal Rules of Civil Procedure and Local Rule 65-1.

/ / /

/ / /

---

**PLTF.'S EX PARTE MTN FOR TRO & MTN FOR LEAVE TO FILE 2ND AMENDED COMPLAINT** — - 1 - — **CASE NO. C 07-06216 JW RS**

1  Counsel for Vesta attempted to notify counsel for the Estupinians on December 14, 2007 at 11:55 a.m., that Vesta would be filing this *ex parte* application today.

Dated: December 14, 2007

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By: _____/s/ Daniel E. Alberti_____
        Daniel E. Alberti

Attorneys for Plaintiff
VESTA STRATEGIES, LLC

MPK 136368-2.029407.0020

---

**VESTA STRATEGIES, LLC'S EX PARTE MTN FOR TRO & MTN FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**     - 2 -     **CASE NO. C 07-06216 JW RS**