
1  DANIEL E. ALBERTI (68620)
   dalberti@mwe.com
2  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
3  Palo Alto, CA 94304-1212
   Telephone:  650.813.5000
4  Facsimile:  650.813.5100

5  PAUL E. CHRONIS
   pchronis@mwe.com
6  McDERMOTT WILL & EMERY LLP
   ARON J. FRAKES
7  ajfrakes@mwe.com
   227 West Monroe Street
8  Chicago, Illinois  60606
   Telephone: 312.372.2000
9  Facsimile: 312.984.7700

10 Attorneys for Plaintiff
   VESTA STRATEGIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VESTA STRATEGIES, LLC, | CASE NO. C 07-06216 JW RS |
|---|---|
| Plaintiff, | **DECLARATION OF PETER YE IN SUPPORT OF PLAINTIFF VESTA STRATEGIES, LLC'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |
| v. | |
| ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, and CAROL-ANN TOGNAZZINI, | |
| Defendants. | |

I, Peter Ye, certify under penalty of perjury that the following statements are true and correct, are based on my personal knowledge, and that I would be competent to testify thereto if called as a witness.

1. I am a resident of the State of California. I am over the age of 18.

2. I am submitting this declaration in support of Vesta Strategies, LLC's Ex Parte Motion for a Temporary Restraining Order, Motion for Other Relief, and Motion for Leave to File a Second Amended Complaint.

3. I currently am, and have at all relevant times been, employed by Vesta Strategies, LLC ("Vesta").

4. On December 3, 2007, I personally met with Robert and Ginny Estupinian at Vesta's office at 150 Almaden Boulevard, Suite 1375, San Jose, California. Present at the meeting were me, Robert Estupinian, Ginny Estupinian (who promptly left the meeting), Paul Chronis (Vesta's attorney), and Vesta's manager and majority member. At the meeting, on behalf of Vesta, Paul Chronis:

- informed the Estupinians that Vesta had recently learned about the Estupinians' wrongdoing;

- handed the Estupinians a letter from Vesta informing them that their employment with Vesta was immediately terminated;

- demanded that the Estupinians return all of Vesta's property to Vesta, including Vesta's computers; and

- advised the Estupinians that Vesta planned to sue them.

5. Among other Vesta property, the Estupinians had two desktop computers at their home that they were allowed to use while they were Vesta employees. Vesta owned those two computers. On December 4, 2007, the Estupinians returned Vesta's two desktop computers to Vesta. I was personally present to view the returned computers. Both of Vesta's computers had brand new hard drives and operating systems. Neither computer had any files or data. When the computers were opened, everything inside the computers had dust on it, except for the hard drives. The hard drives in both computers were not dusty and looked brand new.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of December, 2007.

_____
Peter Ye

MPK 136372-2.029407.0020