UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** 12/18/2007  **Court Reporter:** Summer Clanton
**Case No:** C-07-06216 JW  **Interpreter:** N/A

## TITLE

Vesta Strategies LLC v. Robert E. Estupinian et al

**Attorney(s) for Plaintiff(s)**: Daniel Alberti
**Attorney(s) for Defendant(s)**: Kevin Martin

## PROCEEDINGS

Order to Show Cause Hearing

## ORDER AFTER HEARING

Hearing Held.  The Court heard further argument on the Order to Show Cause.  For the reasons stated on the record, the Court modified its December 14, 2007 Temporary Restraining Order.  The parties are instructed to obtain a copy of the transcript and adhere to the Court's Order as stated on the record.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: