ARON J. FRAKES
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois 60606
(312) 372-2000

(Name, address, and phone number of applicant)


Clerk's Use Only
Initial for fee pd:

**FILED**

**ORIGINAL**   2007 DEC 17 A 11:49
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

VESTA STRATEGIES, LLC,

    Plaintiff(s),

v.

ROBERT E. ESTUPINIAN, et al.,

    Defendant(s).

CASE NO. C 07-06216 JW

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Aron J. Frakes, an active member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Vesta Strategies, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Daniel E. Alberti
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, California 94304
(650) 813-5000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 15, 2007