COPY RECEIVED 2007 DEC 17 AM 11:50
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

FILED
DEC 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VESTA STRATEGIES, LLC,

Plaintiff(s),

v.

ROBERT E. ESTUPINIAN, et al.,

Defendant(s).

CASE NO. C 07-06216 JW

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Paul E. Chronis, an active member in good standing of the bar of the State of Illinois (particular court to which applicant is admitted) whose business address and telephone number is McDermott, Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
(312) 372-2000

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Vesta Strategies, LLC (Plaintiff),

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 19, 2007

JAMES WARE
United States District Judge

cc: P. Chronis