Kevin R. Martin, SBN 176853
kmartin@randicklaw.com
Patrick E. Guevara, SBN 202727
pguevara@randicklaw.com
**RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
Pleasanton, California   94588
Telephone:     (925) 460-3700
Facsimile:      (925) 460-0969

Attorneys for Defendants EDMUNDO ESTUPINIAN
and HAYDEE ESTUPINIAN, Defendants and Third Party
Claimants ROBERT E. ESTUPINIAN and GINNY ESTUPINIAN,
and Defendant, Counter Claimant and Third Party Claimant MUTUAL VISION, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| VESTA STRATEGIES, LLC,<br><br>         Plaintiff,<br><br>    vs.<br><br>ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, CAROL-ANN TOGNAZZINI, EDMUNDO ESTUPINIAN, and HAYDEE ESTUPINIAN,<br><br>         Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.:  C 07-06216 JW RS<br><br>**CERTIFICATE OF SERVICE UPON PETER YE REGARDING THIRD PARTY SUMMONS IN A CIVIL ACTION, COUNTERCLAIM AGAINST VESTA STRATEGIES, LLC AND THIRD PARTY CLAIM AGAINST JOHN TERZAKIS, SINGLE SITE SOLUTIONS, B & B SPARCO, AND PETER YE DEMAND FOR JURY TRIAL, AND SECOND AMENDED COMPLAINT** |

1

POS-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Kevin R. Martin  SBN 176853<br>Randick O'Dea & Tooliatos, LLP<br>5000 Hopyard Road, Suite 400<br>Pleasanton, Ca. 94588 | |
| TELEPHONE NO.: 925-460-3700    FAX NO. *(Optional)*: | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: Edmundo Estupinian, et al. | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PETITIONER/PLAINTIFF: Vesta Strategies, LLC

RESPONDENT/DEFENDANT: Robert E. Estupinian, et al.

| **PROOF OF PERSONAL SERVICE—CIVIL** | CASE NUMBER:<br>C 07-06216 JW RS |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**.
2. I served the following **documents** *(specify)*:

   Third Party Summons in a Civil Action ; Counterclaim Against Vesta Strategies, LLC and Third Party Claim Against John Terzakis, Single Site Solutions, B & B Sparco, and Peter Ye, Demand for Jury Trial; Second Amended Complaint

   ☐ The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3. I personally served the following **persons** at the address, date, and time stated:
   a. Name: Peter Ye
   b. Address: Vesta Strategies, LLC- 150 Almaden, Suite 1375, San Jose, Ca. 95113
   c. Date: 01/16/08
   d. Time: 2:10 pm

   ☐ The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

4. I am
   a. ☐ not a registered California process server.
   b. ☑ a registered California process server.
   c. ☐ an employee or independent contractor of a registered California process server.
   d. ☐ exempt from registration under Business & Professions Code section 22350(b).

5. My name, address, telephone number, and, if applicable, county of registration and number are *(specify)*:

   Robert A. Capurro  (510) 882-5288
   P.O. Box 277, Danville, Ca. 94526-0277
   Reg. #252 Contra Costa

6. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
7. ☐ I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date: January 16, 2008

Robert A. Capurro
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)    ▶ *[signature]*   (SIGNATURE OF PERSON WHO SERVED THE PAPERS)