1  **Kevin R. Martin, SBN 176853**
   kmartin@randicklaw.com
2  **Patrick E. Guevara, SBN 202727**
   pguevara@randicklaw.com
3  **RANDICK O'DEA & TOOLIATOS, LLP**
   5000 Hopyard Road, Suite 400
4  Pleasanton, California  94588
   Telephone:     (925) 460-3700
5  Facsimile:     (925) 460-0969

6  Attorneys for Defendants EDMUNDO ESTUPINIAN
   and HAYDEE ESTUPINIAN, Defendants and Third Party
7  Claimants ROBERT E. ESTUPINIAN and GINNY ESTUPINIAN,
   and Defendant, Counter Claimant and Third Party Claimant MUTUAL VISION, LLC
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

| | |
|---|---|
| VESTA STRATEGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, CAROL-ANN TOGNAZZINI, EDMUNDO ESTUPINIAN, and HAYDEE ESTUPINIAN,<br><br>Defendants. | Case No.:  C 07-06216 JW RS<br><br>**CERTIFICATE OF SERVICE OF SUPPLEMENTARY MATERIAL, PURSUANT TO USDC ND CIVIL LOCAL RULE 4-2, UPON THIRD PARTY DEFENDANT AND COUNTER DEFENDANT PETER YE** |
| MUTUAL VISION, LLC,<br><br>Counter Claimant,<br><br>vs.<br><br>VESTA STRATEGIES, LLC,<br><br>Counter Defendant. | |
| MUTUAL VISION, LLC, ROBERT ESTUPINIAN AND GINNY ESTUPINIAN,<br><br>Third Party Claimants,<br><br>vs.<br><br>JOHN TERZAKIS, SINGLE SITE | |

                                                                       1
CERTIFICATE OF SERVICE OF SUPPLEMENTARY MATERIAL, PURSUANT TO USDC ND CIVIL LOCAL
    RULE 4-2, UPON THIRD PARTY DEFENDANT AND COUNTER DEFENDANT PETER YE
                                  166210.doc

1 | SOLUTIONS AND PETER YE,
2 |              Third Party Defendants.
3
4
...
28

CERTIFICATE OF SERVICE OF SUPPLEMENTARY MATERIAL, PURSUANT TO USDC ND CIVIL LOCAL RULE 4-2, UPON THIRD PARTY DEFENDANT AND COUNTER DEFENDANT PETER YE
166210.doc

**CERTIFICATE OF SERVICE OF SUPPLEMENTARY MATERIAL,
PURSUANT TO USDC ND CIVIL LOCAL RULE 4-2,
UPON THIRD PARTY DEFENDANT AND COUNTER DEFENDANT PETER YE**

I, Becky Amedio, declare:

I am employed in Alameda County, State of California, am over the age of eighteen years, and not a party to the within action. My business address is 5000 Hopyard Road, Suite 400, Pleasanton, California 94588. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and/or other overnight delivery. Under overnight delivery practice, all mailings are deposited in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business. On the date set forth below, I served the within:

1. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**
2. **STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES;**
3. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;**
4. **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; AND**
5. **INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS (ADR LOCAL RULE 3-5).**

on the parties in this action by placing a true copy thereof in a sealed envelope, and each envelope addressed as follows:

Alan Martini, Esq.
Sheuerman, Martini & Tabari
1033 Willow Street
San Jose, CA 95125
Email: amartini@smtlaw.com
Telephone No.: (408) 918-3703
Facsimile No.: (408) 295-9900
*Attorneys for Third Party Defendant and Counter Defendant Peter Ye*

[X]   (By U.S. Mail) I caused each such envelope to be served by depositing same, with postage thereon fully prepaid, to be placed in the United States Postal Service in the ordinary course of business at Pleasanton, California.

[ ]   (By Facsimile) The above-referenced document(s) was transmitted by facsimile transmission to the number(s) shown and the transmission was reported as complete and without error. Pursuant to Rule 2009(i), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 26, 2008, at Pleasanton, California.

*/s/ Becky Amedio*
Becky Amedio