1 | DANIEL E. ALBERTI (68620)
dalberti@mwe.com
2 | McDERMOTT WILL & EMERY LLP
3150 Porter Drive
3 | Palo Alto, CA 94304-1212
Telephone: 650.813.5000
4 | Facsimile: 650.813.5100

5 | PAUL E. CHRONIS
pchronis@mwe.com
6 | ARON J. FRAKES
ajfrakes@mwe.com
7 | MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
8 | Chicago, Illinois 60606
Tel: (312) 372-2000
9 | Fax: (312) 984-7700

10 | Attorneys for Plaintiff and Counter Defendant
VESTA STRATEGIES, LLC; Third Party
11 | Defendant SINGLE SITE SOLUTIONS
CORPORATION; Third Party Defendant
12 | JOHN TERZAKIS; and Third Party Defendant
B&B SPARCO PROPERTIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VESTA STRATEGIES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, and CAROL-ANN TOGNAZZINI,<br><br>　　　　Defendants.<br><hr>MUTUAL VISION, LLC,<br><br>　　　　Counter Claimant,<br><br>　　v.<br><br>VESTA STRATEGIES, LLC, | CASE NO. C 07-06216 JW RS<br><br>**[PROPOSED] ORDER GRANTING (A) PLAINTIFF/COUNTER DEFENDANT VESTA STRATEGIES, LLC'S MOTION TO DISMISS; (B) THIRD PARTY DEFENDANT JOHN TERZAKIS' SPECIAL MOTION TO STRIKE PURSUANT TO THE CALIFORNIA ANTI-SLAPP STATUTE AND FOR ATTORNEYS' FEES AND COSTS; AND (C) THIRD-PARTY DEFENDANTS JOHN TERZAKIS', SINGLE SITE SOLUTIONS CORPORATION'S, AND B&B SPARCO PROPERTIES, INC.'S MOTION TO DISMISS OR STRIKE**<br><br>**Date:** May 5, 2008<br>**Time:** 9:00 a.m.<br>**Department:** Room 8, 4th Floor, SJ<br>**Judge:** James Ware |

Counter Defendant.

MUTUAL VISION, LLC, ROBERT ESTUPINIAN, GINNY ESTUPINIAN,

    Third Party Claimants,

v.

JOHN TERZAKIS, SINGLE SITE SOLUTIONS CORPORATION, B&B SPARCO PROPERTIES, INC., AND PETER YE,

    Third Party Defendants.

Before the Court are: (1) Plaintiff/Counter Defendant Vesta Strategies, LLC's Motion to Dismiss ("Vesta Strategies' Motion to Dismiss"), (2) Third Party Defendant John Terzakis' Special Motion to Strike Pursuant to the California Anti-SLAPP Statute and for Attorneys' Fees and Costs ("Terzakis' Special Motion to Strike"), and (3) Third-Party Defendants John Terzakis', Single Site Solutions Corporation's, and B&B Sparco Properties, Inc.'s Motion to Dismiss or Strike ("Third Party Defendants' Motion to Dismiss"). (See Docket Item No. ___). Based on the papers submitted to date and for good cause appearing, the Court ORDERS that:

1.    Vesta Strategies' Motion to Dismiss is GRANTED pursuant to Federal Rule of Civil Procedure 12(b)(6).

2.    Terzakis' Special Motion to Strike is GRANTED pursuant to Federal Rule of Civil Procedure 12(b)(6) and the California Anti-SLAPP Statute, CAL. CIV. P. CODE § 425.16, *et seq*.

3.    The Third-Party Defendants' Motion to Dismiss is GRANTED pursuant to Federal Rule of Civil Procedure 12(b)(6) and/or stricken pursuant to Federal Rules of Civil Procedure 12(f) and 14(a)(4).

/ / /

/ / /

/ / /

1        4.      The Estupinians shall pay Terzakis his attorneys' fees and costs in connection with
2  Terzakis's Special Motion to Strike.

4  Dated: _____, 2008

                                    JAMES WARE
                                    Unites Sates District Judge

MPK 136413-1.029407.0020

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto