1  Alan L. Martini, SB No. 77316
   SHEUERMAN, MARTINI & TABARI
2  1033 Willow Street
   San Jose, CA 95125
3  Telephone: 408.288.9700
   Facsimile: 408.295.9900
4

5  Attorneys for Third Party Defendant, PETER YE

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12

| | |
|---|---|
| VESTA STRATEGIES, LLC, | Case No. C 07-06216 JW RS |
| Plaintiff, | THIRD PARTY DEFENDANT PETER YE's NOTICE OF JOINDER IN MOTION |
| vs. | TO DISMISS 12(b)(5) AND SPECIAL MOTION TO STRIKE PURSUANT TO |
| ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LCC, VESTA CAPITAL ADVISORS, LLC, CAROL-ANN TOGNAZZINI, EDMUNDO ESTUPINIAN, and HAYDEE ESTUPINIAN, | THE CALIFORNIA ANTI-SLAPP STATUTE AD AND FOR ATTORNEYS FEES AND COSTS |
| Defendants | Hearing Date: May 5, 2008<br>Time:   09:00 a.m.<br>Department 8, 4th Floor, San Jose<br>Hon. James Ware |
| MUTUAL VISION, LLC, | |
| Counter Claimant, | |
| vs. | |
| VESTA STRATEGIES, LLC, | |
| Counter Defendant, | |
| MUTUAL VISION LLC, ROBERT ESTUPINIAN AND GINNY ESTUPINIAN, | |
| Third Party Claimants, | |

---

1
NOTICE OF JOINDER - NOTICE OF MOTION

1  vs.                                                      )
                                                            )
2  JOHN TERZAKIS, SINGLE SITE SOLUTIONS  )
   CORPORATION, B & B SPARCO                )
3  PROPERTIES, INC., AND PETER YE,           )
                                                            )
4        Third Party Defendants.                    )
                                                            )
5  _____ )

6         PLEASE TAKE NOTICE THAT on May 5, 2008, at 9:00 a.m. in Courtroom 8 of this Court, Third Party Defendant, PETER YE will and hereby does join in Third Party Defendants SINGLE SITE SOLUTIONS CORPORATION, JOHN TERZAKIS and B&B SPARCO PROPERTIES, INC.'s motion to dismiss.  This Third Party Defendant hereby incorporates by reference, as though set forth herein in their entirety, the motion of Third Party Defendant SINGLE SITE SOLUTIONS CORPORATION, JOHN TERZAKIS and B&B SPARCO PROPERTIES, INC.

       Third Party Defendant, PETER YE's special motion to strike pursuant to the California anti-SLAPP motion to strike is based upon the fact that the Sixth claim for relief (libel and slander) should be stricken pursuant to C.C.P. section 425.16(e)(2) because the alleged defamatory statements were made in connection with a legal proceeding.

       The motion will be based upon this notice, the Joinder in Motion to Dismiss, or in the Alternative to Strike, and Third Party Defendant, Peter Ye's Special Motion to Strike Pursuant to the California Anti-Slapp Statute and for Attorneys Fees and Costs and the Declaration of Peter Ye filed concurrently herewith.

Dated: March 14, 2008                             SHEUERMAN, MARTINI & TABARI


                                                           /s/ Alan L. Martini
                                                           ALAN L. MARTINI, SB NO.
                                                           Attorney for Third Party Defendant
                                                           PETER YE




Y:\data\wpwin60\Vesta Strategies, LLC\notice joinder.wpd


2
NOTICE OF JOINDER - NOTICE OF MOTION