1  DANIEL E. ALBERTI (68620)
   dalberti@mwe.com
2  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
3  Palo Alto, CA 94304-1212
   Telephone:    650.813.5000
4  Facsimile:    650.813.5100

5  PAUL E. CHRONIS (*pro hac vice*)
   pchronis@mwe.com
6  ARON J. FRAKES (*pro hac vice*)
   ajfrakes@mwe.com
7  MCDERMOTT WILL & EMERY LLP
   227 West Monroe Street
8  Chicago, Illinois 60606
   Telephone: 312.372.2000
9  Facsimile: 312.984.7700

GRANTED
*Judge James Ware*
3/31/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VESTA STRATEGIES, LLC, | CASE NO. C 07-06216 JW RS |
| Plaintiff, | |
| v. | |
| ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, and CAROL-ANN TOGNAZZINI, | **STIPULATION TO EXTEND TIME FOR PLAINTIFF/COUNTER DEFENDANT VESTA STRATEGIES, LLC AND THIRD PARTY DEFENDANT JOHN TERZAKIS TO FILE RESPONSIVE PLEADING TO DEFENDANT CAROL-ANN TOGNAZZINI'S COUNTER-CLAIM AGAINST VESTA STRATEGIES, LLC AND THIRD PARTY CLAIM AGAINST JOHN TERZAKIS** |
| Defendants. | |
| CAROL-ANN TOGNAZZINI, | |
| Counter-Claimant, | |
| v. | |
| VESTA STRATEGIES, LLC, | |
| Counter Defendant. | |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

CAROL-ANN TOGNAZZINI,

        Third Party Plaintiff,

    v.

JOHN TERZAKIS,

        Third Party Defendant.

Pursuant to L.R. 6-1(a) it is stipulated by and between the parties, through their respective counsel, that Plaintiff/Counter Defendant Vesta Strategies, LLC and Third Party Defendant John Terzakis may have an extension of time, to and including April 7, 2008, to answer or otherwise respond to Carol-Ann Tognazzini's Counter-Claim Against Vesta Strategies, LLC and Third Party Claim Against John Terzakis.

IT IS SO STIPULATED

Dated: March 27, 2008                    LAW OFFICES OF DAVID L. OLSON

By: /s/ David L. Olson
      David L. Olson, Esq.

      Attorney for Defendant CAROL-ANN TOGNAZZINI

Dated: March 27, 2008                    McDERMOTT WILL & EMERY LLP

By: /s/ Aron J. Frakes
      Aron J. Frakes, Esq.

      Attorneys for Plaintiff and Counter Defendant VESTA STRATEGIES, LLC; and Third Party Defendant JOHN TERZAKIS

**DECLARATION RE: SIGNATURE PURSUANT TO GENERAL ORDER 45 § X**

I, Aron J. Frakes, declare as follows:

1.  I am an attorney at the law firm of McDermott Will & Emery LLP, counsel of record for Plaintiff/Counter Defendant Vesta Strategies, LLC and Third Party Defendant John Terzakis in the action entitled *Vesta Strategies, LLC v. Estupinian, et al.*, Case No. C 07 06216 JW RS, pending before this Court. I am a member of good standing of the State Bar of Illinois and am admitted *pro hac vice* to practice in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.  I attest that the conformed signature of David L. Olson, counsel of record for Defendant Carol-Ann Tognazzini, appearing in the signature block of the **STIPULATION TO EXTEND TIME FOR PLAINTIFF/COUNTER DEFENDANT VESTA STRATEGIES, LLC AND THIRD PARTY DEFENDANT JOHN TERZAKIS TO FILE RESPONSIVE PLEADING TO DEFENDANT CAROL-ANN TOGNAZZINI'S COUNTER-CLAIM AGAINST VESTA STRATEGIES, LLC AND THIRD PARTY CLAIM AGAINST JOHN TERZAKIS**, is the signatures of David L. Olson, and that I have been authorized to file that stipulation on his behalf.

Executed on the 27th day of March, 2008 at Chicago, Illinois. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Aron J. Frakes

CHI99 4961427-1.029407.0020