DANIEL E. ALBERTI (68620)
dalberti@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:      650.813.5000
Facsimile:       650.813.5100

PAUL E. CHRONIS (*pro hac vice*)
pchronis@mwe.com
ARON J. FRAKES (*pro hac vice*)
ajfrakes@mwe.com
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois  60606
Telephone: 312.372.2000
Facsimile: 312.984.7700

Attorneys for Plaintiff and Counter Defendant
VESTA STRATEGIES, LLC; Third Party
Defendant SINGLE SITE SOLUTIONS
CORPORATION; Third Party Defendant
JOHN TERZAKIS; Third Party Defendant
B&B SPARCO PROPERTIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VESTA STRATEGIES, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, and CAROL-ANN TOGNAZZINI,<br><br>            Defendants.<br><br>CAROL-ANN TOGNAZZINI,<br><br>            Counter-Claimant,<br><br>     v.<br><br>VESTA STRATEGIES, LLC, | CASE NO.  C 07-06216 JW RS<br><br>**[PROPOSED] ORDER GRANTING (A) PLAINTIFF/COUNTER DEFENDANT VESTA STRATEGIES, LLC'S AND THIRD PARTY DEFENDANT JOHN TERZAKIS' SPECIAL MOTION TO STRIKE PURSUANT TO THE CALIFORNIA ANTI-SLAPP STATUTE AND FOR ATTORNEYS' FEES AND COSTS; AND (B) PLAINTIFF/COUNTER DEFENDANT VESTA STRATEGIES, LLC'S AND THIRD PARTY DEFENDANT JOHN TERZAKIS' MOTION TO DISMISS**<br><br>**Date:**             June 9, 2008<br>**Time:**            9:00 a.m.<br>**Department:**  Room 8, 4th Floor, SJ<br>**Judge:**           James Ware |

|  |
|---|
| Counter Defendant. |
| CAROL-ANN TOGNAZZINI,<br><br>        Third Party Plaintiff,<br><br>  v.<br><br>JOHN TERZAKIS,<br><br>        Third Party Defendant. |

Before the Court are: (1) Plaintiff/Counter Defendant Vesta Strategies, LLC's and Third Party Defendant John Terzakis' Special Motion to Strike Defendant/Third Party Plaintiff Carol-Ann Tognazzini's ("Tognazzini") Claim for Libel and Slander Pursuant to the California Anti-SLAPP Statute and for Attorneys' Fees and Costs ("Vesta Strategies' and Terzakis' Special Motion to Strike") and (2) Plaintiff/Counter Defendant Vesta Strategies, LLC's and Third Party Defendant John Terzakis' Motion to Dismiss Tognazzini's Counterclaims and Third Party Claims ("Vesta Strategies' and Terzakis' Motion to Dismiss"). (*See* Docket Item No. \_\_\_\_). Based on the papers submitted to date and for good cause appearing, the Court ORDERS that:

      1.    Vesta Strategies' and Terzakis' Special Motion to Strike is GRANTED pursuant to Federal Rule of Civil Procedure 12(b)(6) and the California Anti-SLAPP Statute, CAL. CIV. P. CODE § 425.16, *et seq*.

      2.    Vesta Strategies' and Terzakis' Motion to Dismiss is GRANTED pursuant to Federal Rule of Civil Procedure 12(b)(6).

      3.    Tognazzini shall pay Vesta Strategies and Terzakis their respective attorneys' fees and costs in connection with Vesta Strategies' and Terzakis' Special Motion to Strike.

Dated: _____, 2008

                                        JAMES WARE<br>                                        Unites Sates District Judge