1  **Kevin R. Martin, SBN 176853**
   kmartin@randicklaw.com
2  **Brian M. O'Dea, SBN 45704**
   bodea@randicklaw.com
3  **Patrick E. Guevara SBN 202727**
   pguevara@randicklaw.com
4  **RANDICK O'DEA & TOOLIATOS, LLP**
   5000 Hopyard Road, Suite 400
5  Pleasanton, California   94588
   Telephone      (925) 460-3700
6  Facsimile       (925) 460-0969

7  Attorneys for Defendants, Counter Claimants and Third Party Claimants ROBERT E.
   ESTUPINIAN, GINNY ESTUPINIAN and MUTUAL VISION, LLC,  and Defendants and
8  Third Party Claimants MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC,
   VESTA CAPITAL ADVISORS, LLC, EDMUNDO ESTUPINIAN, and HAYDEE
9  ESTUPINIAN,

10

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

| 14 | VESTA STRATEGIES, LLC, | Case No.:  C 07-06216 JW RS |
|---|---|---|
| 15 | Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |
| 16 | vs. | |
| 17 | ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, CAROL-ANN TOGNAZZINI, EDMUNDO ESTUPINIAN, and HAYDEE ESTUPINIAN, | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | Defendants. | |
| 22 | | |
| 23 | ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN, and MUTUAL VISION, LLC, , | |
| 24 | Counter Claimants, | |
| 25 | vs. | |
| 26 | VESTA STRATEGIES, LLC,  JOHN TERZAKIS, SINGLE SITE SOLUTIONS CORP., B&B SPARCO PROPERTIES, | |
| 27 | | |

28                                                                              1

1 | INC., and PETER YE,
2 |         Counter Defendants
3 |
4 | ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, EDMUNDO ESTUPINIAN, and HAYDEE ESTUPINIAN,
5 |
6 |
7 |         Third Party Claimants,
8 | vs.
9 | JOHN TERZAKIS, SINGLE SITE SOLUTIONS CORP., B&B SPARCO PROPERTIES, INC., and PETER YE,
10 |
11 |         Third Party Defendants.

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities has a financial interest in Defendant VESTA CAPITAL ADVISORS:

- Managing member is a Sub S corporation called Vesta Commercial. All outstanding shares of Vesta Commercial are owned by Robert Estupinian.

- KT Properties owns a 50% interest in Vesta Capital Advisors. All outstanding shares of KT Properties are owned by Bill Kraft

- Cardiff Equities, Inc. 1515 West 190Th Street, Suite 455, Gardena, Ca 90248

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date other than the named parties and as set forth herein, there is no such further interest to report.

Date: April 17, 2008          RANDICK O'DEA & TOOLIATOS, LLP

By:     /s/
      Kevin R. Martin

2

CERTIFICATION OF INTERESTED ENTITIES OR PARTIES
CASE NO.: C 07-06216 JW RS

170271.DOC