| | |
|---|---|
| 1 | DANIEL E. ALBERTI (68620) |
|   | dalberti@mwe.com |
| 2 | McDERMOTT WILL & EMERY LLP |
|   | 3150 Porter Drive |
| 3 | Palo Alto, CA 94304-1212 |
|   | Telephone:   650.813.5000 |
| 4 | Facsimile:   650.813.5100 |
| 5 | PAUL E. CHRONIS (*pro hac vice*) |
|   | pchronis@mwe.com |
| 6 | ARON J. FRAKES (*pro hac vice*) |
|   | ajfrakes@mwe.com |
| 7 | MCDERMOTT WILL & EMERY LLP |
|   | 227 West Monroe Street |
| 8 | Chicago, Illinois 60606 |
|   | Telephone: 312.372.2000 |
| 9 | Facsimile: 312.984.7700 |
| 10 | Attorneys for Plaintiff and Counter Defendant |
|    | VESTA STRATEGIES, LLC; Third Party |
| 11 | Defendant SINGLE SITE SOLUTIONS |
|    | CORPORATION; Third Party Defendant |
| 12 | JOHN TERZAKIS; Third Party Defendant |
|    | B&B SPARCO PROPERTIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| VESTA STRATEGIES, LLC, | | CASE NO. C 07-06216 JW RS |
| Plaintiff, | | |
| v. | | |
| ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, CAROL-ANN TOGNAZZINI, EDMUNDO ESTUPINIAN, and HAYDEE ESTUPINIAN, | | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16** |
| Defendants. | | |
| AND RELATED COUNTER CLAIMS AND THIRD PARTY CLAIMS | | |

# CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, Vesta Strategies, LLC, John Terzakis, Single Site Solutions Corporation, and B&B Sparco Properties, Inc. certify that as of this date, other than the named parties, there is no such interest to report.

Dated: April 18, 2008

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By: _____/s/ Aron J. Frakes_____
Aron J. Frakes

Attorneys for Plaintiff and Counter Defendant VESTA STRATEGIES, LLC; Third Party Defendant JOHN TERZAKIS; Third Party Defendant SINGLE SITE SOLUTIONS CORPORATION; and Third Party Defendant B&B SPARCO PROPERTIES