DAVID L. OLSON, ESQ (Bar No. 49107)
LAW OFFICES OF DAVID L. OLSON
180 Grand Avenue, Suite 700
Oakland, California 94612
Telephone: (510) 835-0500
Fax:       (510) 835-2833

Attorney for Defendant, Counter Claimant, and Third Party Plaintiff Carol-Ann Tognazzini

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VESTA STRATEGIES, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, CAROL-ANN TOGNAZZINI, EDMUNDO ESTUPINIAN, AND HAYDEE ESTUPINIAN,<br><br>        Defendants. | CASE NO. C 07-06216 JW RS<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PARTIES |
| CAROL-ANN TOGNAZZINI,<br><br>        Counter Claimant,<br><br>vs.<br><br>VESTA STRATEGIES, LLC,<br><br>        Counter Defendant. | |
| CAROL-ANN TOGNAZZINI,<br><br>        Third Party Plaintiff,<br><br>vs.<br><br>JOHN TERZAKIS,<br><br>        Third Party Defendant. | |

**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**      **1**

HAIMS, VALENTINO & LATCHAW, L.L.P.
ATTORNEYS AT LAW
180 Grand Avenue, Suite 700
Oakland, California 94612
(510) 835-0500

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities has a financial interest in Defendant Carol-Ann Tognazzini:

Community property interest, if any, of Ryon Tognazzini;

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date other than the named parties and as set forth herein, there is no such further interest to report.

DATED: April 18, 2008                           LAW OFFICES OF DAVID L. OLSON

                                                By:_____
                                                          DAVID L. OLSON, ESQ

**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**                                        2