DAVID L. OLSON, ESQ. (Bar No. 49107)
LAW OFFICES OF DAVID L. OLSON
180 Grand Avenue, Suite 700
Oakland, California  94612
(510) 835-0500

Attorney for Defendant, Counter-Claimant and Third Party
Plaintiff Carol-Ann Tognazzini

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VESTA STRATEGIES, LLC, | Case No. 07-06216 JW RS |
| Plaintiff, | **CAROL-ANN TOGNAZZINI'S INITIAL DISCLOSURE STATEMENT** |
| v. | |
| ROBERT E. ESTUPINIAN, GINNEY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, CAROL-ANN TOGNAZZINI, EDMUNDO ESTUPINIAN, and HAYDEE ESTUPINIAN; Defendants. | (Fed. R. Civ. P. 26 (a)(1)) |

Pursuant to Rule 26 (a)(1) of the Federal Rules of Civil Procedure, Defendant, Counter-Claimant and Third Party Plaintiff CAROL-ANN TOGNAZZINI, by and through her attorney, makes the following Initial Disclosures:

1.     PERSONS WITH KNOWLEDGE

The following are persons who are likely to have information that Carol-Ann Tognazzini may use to support her claims and/or defenses in this case:

1

2

3

| a. | Ryon Tognazzini 7425 26th Street Rio Linda, California 95673 | Knowledge and information on Tognazzini's work experience, financial condition and efforts on behalf of Vesta Strategies, LLC |

4

5

b. Carol-Ann Tognazzini
7425 26th Street
Rio Linda, California 95673

Knowledge and information on Tognazzini's work experience, financial condition and efforts on behalf of Vesta Strategies, LLC

6

7

8

c. Brad Hensley
Vesta Strategies, LLC
Address known to Plaintiff

Knowledge and information on Tognazzini's work experience, financial condition and efforts on behalf of Vesta Strategies, LLC

9

10

11

d. Deserie Calhoun
Title Company employee
current address and phone
number unknown

Knowledge and information on Tognazzini's work experience, financial condition and efforts on behalf of Vesta Strategies, LLC

12

13

e. Betty Brody
Realtor
Sacramento area
(916) 300-5202

Knowledge and information on Tognazzini's work experience, financial condition and efforts on behalf of Vesta Strategies, LLC

14

15

16

f. Rodney Fitzpatrick
Vesta Strategies, LLC
Address known to Plaintiff

Knowledge and information on Tognazzini's work experience, financial condition and efforts on behalf of Vesta Strategies, LLC

17

18

g. Robert Estupinian
Address known to Plaintiff

Knowledge and information on Tognazzini's work experience, financial condition and efforts on behalf of Vesta Strategies, LLC

19

20

21

h. Ginny Estupinian
Address known to Plaintiff

Knowledge and information on Tognazzini's work experience, financial condition and efforts on behalf of Vesta Strategies, LLC

22

23

24

25

i. Shane Holden,
PriAmerica Financial Services
Regional Vice President
10364 Rockingham Dr.
Sacramento, CA 95827
(916) 369-7737

Knowledge and information on Tognazzini's work experience, financial condition and efforts on behalf of Vesta Strategies, LLC

26

27

j. Channel Hong
Vesta Strategies, LLC
Address known to Plaintiff

Knowledge and information on Tognazzini's work experience, financial condition and efforts on behalf of Vesta Strategies, LLC

28

k. Representative of Synergy, Inc
   Address known to Plaintiff

Knowledge and information on Tognazzini's payroll records

l. Steve Burris
   Bookkeeper/ Tax Preparer
   7478 Sandalwood Dr # 500
   Citrus Heights, Calif.
   (916) 725-8200

Knowledge and information on Tognazzini's work experience and financial condition

m. Sean Hulsey
   Wells Fargo Home Mortgage
   591 Watt Ave. Ste 120
   Sacramento, Calif. 95864
   (916) 480-2219

Knowledge and information on Tognazzini's education, work experience and financial condition

n. Tracy Brawner
   24-7 Nationwide Notary Netwo
   616 S. El Camino Real, Suite F
   San Clemente CA. 92672
   Phone: (949) 940-0000

Knowledge and information on Tognazzini's education and work experience

o. Peter Yee,
   Vesta Strategies, LLC
   Address known to Plaintiff

Knowledge and information on Tognazzini's education, work experience, and efforts on behalf of Vesta Strategies, LLC

p. Bill Kraft,
   Vesta Strategies, LLC
   Address known to Plaintiff

Knowledge and information on Tognazzini's work experience and efforts on behalf of Vesta Strategies, LLC

q. Steven Greenbaum and
   Brian Spindel
   PostNet Franchise,
   1819 Wazee St.
   Denver, Co 80202
   (800) 841-7171

Knowledge and information on Tognazzini's education, work experience and financial condition

r. Coreen Lair
   Coverall Protective Covers
   2577 Elkhorn
   Rio Linda, CA 95673
   (916) 992-0555

Knowledge and information on Tognazzini's education and work experience

s.    Defendant is also developing further information on contacts with Sacramento real estate agents and title company representatives both before and after her employment with Vesta Strategies, LLC.

Carol-Ann Tognazzini's investigation and discovery concerning this case is continuing and if additional information is obtained after the date of these disclosures, she will supplement these disclosures according to Rule 26 (e) of the Federal Rules of Civil Procedure.

2.                DOCUMENTS AND ELECTRONIC FILES

The following is a description by category and location of tangible documents, electronically stored information, and tangible things currently known to Carol- Ann Tognazzini and that she may use to support her claims and/or defenses in this case. The documents and tangible things included in this initial disclosure and a description of the electronically stored information that will be disclosed is briefly set out as follows:

1.    Documents, e-mails, data compilations, customer list, Vesta correspondence, personal financial information contained in hard drives of computers owned by Carol-Ann Tognazzini and located in her residence at 7425 26th Street Rio Linda, California.

Carol Ann Tognazzini's investigation and discovery concerning this case is continuing and, if additional information is obtained after the date of these disclosures, she will supplement these disclosures according to Rule 26 (e) of the Federal Rules of Civil Procedure.

In addition to the matters already disclosed, Carol-Ann Tognazzini has in her custody, control and/or possession the following items that may be used to support her claims and/or defenses in this case and are confidential and therefore disclosed by general description only:

1. Bank account records:

a.) Bank of America checking account;

b.) Bank of America savings account;

2. PriAmerica Financial Services binder re financial planning;

3. Brokerage accounts/records:

      a.) Fidelity Investments 401 K;

      b.) IRA;

      c.) E-Trade account;

      e.) Family Trust records;

4. Real Estate appraisals;

5. Financial Statements prepared for banks and other financial institutions;

6. Documents regarding purchase and sale of PostNet franchise;

7. Documents, including IRS Form 1099 from 24/7 Nationwide Notary Network;

8. Pay roll records from Vesta Strategies, LLC in her possession;

In addition to the matters already disclosed, Carol-Ann Tognazzini also has within her custody, control, or possession copies of various publicly available documents she may use to support her claims and/or defenses in this case.

Because these documents are publicly available, they are disclosed by description only:

    1. Grant Deed dated May 18, 2001 for personal residence at 7425 26th Street Rio Linda, California 95673;

    2. Intra-family Transfers Deeds dated May 18, 2001 and April 12, 2002;

3. DAMAGES

The Counter Claim and Third Party complaint filed by Carol-Ann Tognazzini are intended to recover damages for the conduct described therein. Plaintiff, Counter Claimant and Third Party Defendant have filed a motion to dismiss and/or strike said claims. The Court has not yet ruled on said motion and once the Court has ruled Defendant Carol-Ann Tognazzini, with the exception of the damages outlined in sub-paragraph B below, will file a supplemental disclosure covering the scope and nature of her damages sought for the following categories:

A. Medical Expenses and Future Medical Expenses:

INITIAL DISCLOSURE STATEMENT      -5-

Pending;

A.  Loss of Earnings and Loss of Future Earning Capacity:

Tognazzini was employed by Vesta Strategies in December 2006 at a monthly salary of $ 3,040.00, payable bi-monthly. Her last paycheck was received on December 1, 2007 for the pay period November 7, 2007 through November 24, 2007 in the sum of $ 1,520.00. Her written termination notice was received on December 11, 2007, effective immediately. She has not been paid, despite demand, for the period November 24, 2007 through December 11, 2007. Neither has she received a W-2 for the period of her employment.

Her employment agreement provided for one day of vested paid vacation for each month worked, up to a maximum of 10 days. She did not use any of her accrued vacation days and therefore, pursuant to California Labor Code § 227.3 she is entitled to additional compensation of $ 1,520.00 for her accrued vacation days ($152.00 daily wage x 10 = 1520).

Furthermore, Tognazzini is entitled to penalty wages pursuant to California Labor Code § 203 in an amount equal to her daily wage for each day her unpaid wages are not paid, up to a maximum of 30 days. Accordingly, she is entitled to penalty wages in the sum of $ 4,560.00.

California Labor Code §§ 218.5 and 218.6 provide that the prevailing party in an action to enforce payment of wages and benefits shall be entitled to reasonable attorneys fees in bringing the action and interest on the outstanding wages, benefits and penalties at the rate of 10% per annum from the date due.

Accordingly, Tognazzini is seeking $ 7,600.00 in back wages, accrued benefits and penalty wages, together with reasonable attorneys fees in bringing this action and interest on said outstanding amount at the rate of 10% per annum from December 11, 2007, until paid in full.

C.  Pain and Suffering and Emotional Distress:

Pending;

D.  Punitive or Exemplary Damages:

Pending;

These initial computations will be subject to continuing analysis and will ultimately be revised or supplemented if and as necessary according to Rule 26 (e) of the Federal Rules of Civil Procedure, except for normal increases in past damages and claims of interest, all of which should be assumed by the parties and which do not call for any specific supplementation.

4.    INSURANCE AGREEMENTS

There are no insurance agreements, of which Carol-Ann Tognazzini is aware, that may be applied to satisfy part or all of any judgment that may be entered in this action. Should any be identified, a supplemental disclosure will be filed with the Court according to Rule 26 (e) of the Federal Rules of Civil Procedure.

LAW OFFICES OF DAVID L. OLSON

Dated: April 21, 2008           By _____
                                     David L. Olson, Esq.
                                Attorney for Defendant Carol-Ann Tognazzini

**PROOF OF SERVICE**

I, Erin M. Martin, declare:

I am employed in Alameda County, State of California, am over the age of eighteen years, and not a party to the within action. My business address is 180 Grand Avenue, Suite 700, Oakland, California 94612. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and/or other overnight delivery. Under overnight delivery practice, all mailings are deposited in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business. On April 21, 2008, I served the within documents:

**(1) INITIAL DISCLOSURE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 (a)(1)(A)**

Aron Frakes ajfrankes@mwe.com

Daniel E. Alberti  dalberti@mwe.com, aenelson@mwe.com. clovdahl@mwe.com, jcullinan@mwe.com, Idean-reese@mwe.com

Paul Evans Chronis  pchronis@mwe.com

Peter J. Drobac  pdrobac@mwe.com, clovdahl@mwe.com

Alan Louis Martini  amartini@smtlaw.com, aobey@smtlaw.com

Kevin R. Martin  kmartin@randicklaw.com

☒ (By Electronic Service) The above-referenced document was served by electronically mailing a true and correct copy through Law Offices of David L. Olson's electronic mail system, to the email addresses set forth as listed above, and in accordance with Federal Rules of Civil Procedure, Rule 5(b).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 21, 2008, at Oakland, California.

_____
Erin M. Martin