IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vesta Strategies, LLC, | NO. C 07-06216 JW |
|         Plaintiff,<br>v.<br>Robert E. Estupinian, et al.,<br>        Defendants. | **ORDER DENYING AS MOOT PLAINTIFF AND THIRD-PARTY DEFENDANTS' MOTIONS TO DISMISS DEFENDANTS' THIRD-PARTY AND COUNTERCLAIMS; CONTINUING CASE MANAGEMENT CONFERENCE** |

On March 14, 2008, Plaintiff and Third-Party Defendants' filed various motions to dismiss. (See Docket Item Nos. 31, 33, 35.)[1] The motions are currently scheduled for hearing on May 5, 2008. On April 9, 2008, Defendants filed a First Amended Counterclaim and First Amended Third-Party Complaint. (See Docket Item No. 44.)

Rule 15(a) provides that a party may amend its pleading once as a matter of course at any time before a responsive pleading is served. A motion to dismiss is not a responsive pleading within the meaning of Rule 15(a). Fed. R. Civ. P. 15(a); Allwaste, Inc. v. Hecht, 65 F.3d 1523, 1530 (9th Cir. 1995).

Accordingly, Plaintiff and Third-Party Defendants' motions to dismiss are DENIED as moot. The May 5, 2008 is VACATED. In addition, the Court continues the Case Management Conference currently scheduled for April 28, 2008 to **June 9, 2008 at 10 a.m.** to coincide with a hearing on

---

[1] Third-Party Defendant Peter Ye joins in Third-Party Defendant Vesta Strategies' motion.

1   Plaintiff and Third-Party Defendants' motion to dismiss and to strike.  Please take note that the
2   hearing is at 9 a.m. the conference is at 10 a.m.

4   Dated:  April 22, 2008

                                                                              JAMES WARE
                                                                              United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Louis Martini amartini@smtlaw.com
Brian Michael O'Dea bodea@mcnicholslaw.com
Daniel E. Alberti dalberti@mwe.com
David L. Olson dlo@hjmmlaw.com
Kevin Richard Martin kmartin@randicklaw.com
Patrick E. Guevara pguevara@randicklaw.com
Paul Evans Chronis pchronis@mwe.com
Peter J. Drobac pdrobac@mwe.com

**Dated:  April 22, 2008**                                         **Richard W. Wieking, Clerk**

                                                                                    **By:    /s/ JW Chambers**
                                                                                              **Elizabeth Garcia**
                                                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California