1 DAVID L. OLSON, ESQ. (Bar No. 49107)
dlo@hjmmlaw.com
2 LAW OFFICES OF DAVID L. OLSON
180 Grand Avenue, Suite 700
3 Oakland, California 94612
Telephone: (510) 835-0500
4 Fax: (510) 835-2833

5
Attorney for Defendant Carol-Ann Tognazzini
6

7
UNITED STATES DISTRICT COURT
8
NORTHERN DISTRICT OF CALIFORNIA
9
SAN JOSE DIVISION
10

| VESTA STRATEGIES, LLC, | Case No. C 07-06216 JW RS |
|---|---|
| Plaintiff, | CONSENT OF CAROL-ANN TOGNAZZINI TO SUBSTITUTION AND WITHDRAWAL OF COUNSEL |
| v. | |
| ROBERT E. ESTUPINIAN, GINNEY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, CAROL-ANN TOGNAZZINI, EDMUNDO ESTUPINIAN, and HAYDEE ESTUPINIAN; | Date:<br>Time:<br>Dept: Room 8, 4th Floor, SJ<br>Judge: James Ware |
| Defendants. | |

I, CAROL-ANN TOGNAZZINI, am a Defendant, Counter-Claimant and Third Party Plaintiff in this action and I consent to the withdrawal of David L. Olson and the Law Offices of David L. Olson as my attorney of record in this action. I am currently seeking other counsel to

MOTION TO WITHDRAW AS ATTORNEY OF RECORD
-1-

1 | substitute in as my attorney of record, or I will substitute in Pro Se.

2 | Dated: April 18, 2008         By _____
3 |                                  Carol-Ann Tognazzini
4 |                                  7425 26th Street
                                     Rio Linda, California 95673
5 |                                  916-992-6497

---

MOTION TO WITHDRAW AS ATTORNEY OF RECORD

-2-