DAVID L. OLSON, ESQ. (Bar No. 49107)
dlo@hjmmlaw.com
LAW OFFICES OF DAVID L. OLSON
180 Grand Avenue, Suite 700
Oakland, California 94612
Telephone: (510) 835-0500
Fax: (510) 835-2833

Attorney for Defendant Carol-Ann Tognazzini

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VESTA STRATEGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT E. ESTUPINIAN, GINNEY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, CAROL-ANN TOGNAZZINI, EDMUNDO ESTUPINIAN, and HAYDEE ESTUPINIAN;<br><br>Defendants. | Case No. C 07-06216 JW RS<br><br>( PROPOSED)<br><br>ORDER AUTHORIZING WITHDRAWAL OF COUNSEL<br><br>Date:   June 23, 2008<br>Time:   9:00 a.m.<br>Dept:   Room 8, 4th Floor, SJ<br>Judge:  James Ware |

On June 23, 2008, the motion of David L. Olson, Esq. to withdraw as counsel of record for Carol-Ann Tognazzini came on for hearing. The court finds that due notice of the motion was given to Carol-Ann Tognazzini and to the remaining parties in the action

Having reviewed the motion and the relevant arguments and authorities, the court is of the opinion that the motion is proper. Therefore,

ORDER FOR WITHDRAWAL OF ATTORNEY OF RECORD
-1-

IT IS ORDERED that:

1. The motion is GRANTED;

2. David L. Olson AND the Law Offices of David L. Olson may withdraw as counsel of record in this matter.

3. As of the date of service of notice of this order, no further notices, papers, or pleadings may be made on David L. Olson Esq. or the Law Offices of David L. Olson on behalf of Carol-Ann Tognazzini.

4. As of the date of service of notice of this order, all further notices, papers, or pleadings that may or must be served on Carol-Ann Tognazzini under Rule 5 of the Federal Rules of Civil Procedure must be served by mail on Carol-Ann Tognazzini at her last known address which is 7425 26th Street Rio Linda, California 95673.

5. David L. Olson, Esq. is ordered to give written notice of this order to all parties to this action in addition to any notice that the clerk may give of this order. David L. Olson will file a copy of the written notice, with a Certificate of Service attached, no later than ____ days from the date of this order.

6. David L. Olson is ordered to give written notice of this order to Carol-Ann Tognazzini, by hand delivery of a copy of this order if possible, and if not possible by mail at the address listed above. David L. Olson must give this notice forthwith, and must file an Affidavit with this court, no later than _____, specifying what actions have been taken to serve a copy of this order on Carol-Ann Tognazzini by hand or why service by hand delivery was impossible and, if service by hand proves impossible, when and how service by mail was effected. The court reserves the right to set aside this order if it finds that David L. Olson, Esq has not diligently attempted to serve Carol-Ann Tognazzini with a copy of this order.

Dated: June ____, 2008          By_____
                                UNITED STATES DISRICT JUDGE