1 | **Kevin R. Martin, SBN 176853**
kmartin@randicklaw.com
2 | **Brian M. O'Dea, SBN 45704**
bodea@randicklaw.com
3 | **Patrick E. Guevara SBN 202727**
pguevara@randicklaw.com
4 | **RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
5 | Pleasanton, California   94588
Telephone      (925) 460-3700
6 | Facsimile       (925) 460-0969

7 | Attorneys for Defendants, Counter Claimants and Third Party Claimants ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN and MUTUAL VISION, LLC,  and Defendants and Third Party Claimants MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, EDMUNDO ESTUPINIAN, and HAYDEE ESTUPINIAN

**UNITED STATES DISTRICT COURT OF CALIFORNIA**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| VESTA STRATEGIES, LLC, | Case No.:  C 07-06216 JW RS |
|---|---|
| Plaintiff, | **MOTION OF DEFENDANTS, COUNTER CLAIMANTS, AND THIRD PARTY CLAIMANTS ROBERT E. ESTUPINIAN AND GINNY ESTUPINIAN FOR AN ORDER COMPELLING PLAINTIFF/COUNTER DEFENDANT VESTA STRATEGIES, LLC AND COUNTER DEFENDANT/THIRD PARTY DEFENDANT JOHN TERZAKIS TO PRODUCE TAX RECORDS AND DOCUMENTS** |
| vs. | |
| ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, CAROL-ANN TOGNAZZINI, EDMUNDO ESTUPINIAN, and HAYDEE ESTUPINIAN, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

Defendants, counter claimants and third party claimants Robert E. Estupinian and Ginny Estupinian respectfully move this Court for an order requiring plaintiff/counter defendant Vesta Strategies, LLC and counter defendant/third party defendant John Terazkis to produce to moving

1  parties tax and financial records of Vesta Strategies, LLC, and to pay moving parties attorneys'
2  fees.
3      This motion is based upon the Memorandum of Points and Authorities and Declarations
4  of Robert Estupinian, David Buchanan and Brian O'Dea, filed herewith.

Date:  April 30, 2008   RANDICK O'DEA & TOOLIATOS, LLP

By:   /s/
    Brian M. O'Dea