Kevin R. Martin, SBN 176853
kmartin@randicklaw.com
Brian M. O'Dea, SBN 45704
bodea@randicklaw.com
Patrick E. Guevara SBN 202727
pguevara@randicklaw.com
**RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
Pleasanton, California  94588
Telephone	(925) 460-3700
Facsimile	(925) 460-0969

Attorneys for Defendants, Counter Claimants and Third Party Claimants ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN and MUTUAL VISION, LLC, and Defendants and Third Party Claimants MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, EDMUNDO ESTUPINIAN, and HAYDEE ESTUPINIAN

## UNITED STATES DISTRICT COURT OF CALIFORNIA

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| VESTA STRATEGIES, LLC,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, CAROL-ANN TOGNAZZINI, EDMUNDO ESTUPINIAN, and HAYDEE ESTUPINIAN,<br><br>                    Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.:  C 07-06216 JW RS<br><br>**DECLARTION OF BRIAN M. O'DEA IN SUPPORT OF MOTION OF DEFENDANTS, COUNTER CLAIMANTS, AND THIRD PARTY CLAIMANTS ROBERT E. ESTUPINIAN AND GINNY ESTUPINIAN FOR AN ORDER COMPELLING PLAINTIFF/COUNTER DEFENDANT VESTA STRATEGIES, LLC AND COUNTER DEFENDANT/THIRD PARTY DEFENDANT JOHN TERZAKIS TO PRODUCE TAX RECORDS AND DOCUMENTS** |

I, Brian M. O'Dea, declare and state:

1.    I am an attorney duly licensed by the State of California and admitted to practice before this Court.

1

DECLARATION OF BRIAN M. O'DEA IN SUPPORT OF MOTION FOR AN ORDER COMPELLING PRODUCTION TAX RECORDS AND DOCUMENTS    CASE NO. C 07-06216 JW RS
171678.doc

2. I am one of the attorneys for defendants, counter claimants and third party claimants Robert E. Estupinian and Ginny Estupinian.

3. After having been advised by my clients that the Internal Revenue Services was conducting an audit of their tax returns, and had demanded certain financial and tax documents of Vesta Strategies, LLC, I wrote a letter requesting the documents, dated April 21, 2008, to Aron J. Frakes and Daniel E. Alberti, attorneys for plaintiff and counter defendant Vesta Strategies, LLC, and counter defendant and third party defendant John Terazkis. A copy of that letter is attached hereto as Exhibit A.

4. Messrs. Frakes and Alberti ignored my letter and request.

5. I have been practicing law primarily as a business litigator if 38 years. I enjoy an AV rating from Martindale-Hubbell. I bill at the rate of $325 per hour, which I believe is a reasonable rate for an attorney of my experience in the community where I practice.

6. I have spent 4.5 hours in preparing this motion, including research, interviewing for the drafting of declarations, and preparing the moving papers and the memorandum in support of the motion. I am therefore requesting an award of $1,462.50 in attorney fees for having to bring this motion on behalf of my clients.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April 2008, at Pleasanton, California.

/s/
Brian M. O'Dea

2

DECLARATION OF BRIAN M. O'DEA IN SUPPORT OF MOTION FOR AN ORDER COMPELLING PRODUCTION TAX RECORDS AND DOCUMENTS    CASE NO. C 07-06216 JW RS
171678.doc



RANDICK O'DEA
&
TOOLIATOS LLP
ATTORNEYS AT LAW

April 21, 2008

**Via Facsimile & U.S. Mail**

Aron J. Frakes, Esq.
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
Fax No.: (312) 984-7700

Daniel E. Alberti, Esq.
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Fax No.: (650) 813-5100

Re: *Vesta Strategies, LLC v. Estupinian, et al., and Related Cross-Actions/E0302.001*
United States District Court, Northern District of Calif. Case No.: **C07-06216 JW RS**

Dear Messrs. Frakes & Alberti:

I am working with Kevin Martin on the above-referenced case. Our client is being audited and needs the following documents from Vesta Strategies, LLC:

1.  2006 Partnership Returns (1065) and all KI's for general and limited partners;
2.  Schedule of Partners' bonuses, detailing all contributions, distributions, partner's share of partnership income and losses, liabilities and any adjustment affecting basis from the inception of the partnership to date;
3.  Correspondence or documents for any adjustments to basis; and
4.  K-1 for 2007.

I believe that Mutual Vision, LLC as 49% owner has an unqualified right to these documents.

Please advise immediately if you are unwilling to make these documents available. We will then take the appropriate legal steps to secure them.

Very truly yours,

RANDICK O'DEA & TOOLIATOS, LLP

By _____
Brian M. O'Dea

BOD/ba

EXHIBIT
A

5000 Hopyard Road, Suite 400
Pleasanton, California 94588-3348
Telephone 925-460-3700
Fax 925-460-0969
www.RandickLaw.com

\\Fsprolaw\ProLawDocs\E0302.001\170635.doc

ACHIEVING RESULTS THROUGH INNOVATION®

## ** Transmit Confirmation Report **

P.1
Line Number:2

Apr 21 2008 04:24pm

Fax:925-460-0969

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| ##1155575#13129847700 | Normal | 21,04:24pm | 0'00" | 0 | D.0.7 | |
| ↑ No response. | | Check condition of remote fax. | | | | |



### Fax Cover Page

**To:** Aron J. Frakes, Esq.  
Daniel E. Alberti, Esq.

**Fax:** (312) 984-7700  
(650) 813-5100

**From:** Brian M. O'Dea, Esq.

**Date:** April 21, 2008

**Sent By:** Becky Amedio

**File#:** E0302.001

**Pages:** 2

**Re:** Vesta Strategies, LLC v. Estupinian, et al., and Related Cross-Actions
United States District Court, Northern District of California Case No.: C07-06216 JW RS

THE FOLLOWING PAGES ARE A CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE PERSON NAMED ABOVE. IF YOU ARE NOT THE PERSON NAMED ABOVE, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERY OF THE FOLLOWING INFORMATION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ME IMMEDIATELY BY TELEPHONE. THANK YOU.

**Comments:**

Please see the attached letter.

## ** Transmit Confirmation Report **

P.1
Line Number: 2

Apr 21 2008 04:17pm

Fax: 925-460-0969

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| ##155575#13129847700 | Normal | 21,04:17pm | 0'00" | 0 | D.0.7 | BrdCast |
| ↑ No response. | | | Check condition of remote fax. | | | |
| ##115575#16508135100 | Normal | 21,04:15pm | 0'27" | 2 | # O K | BrdCast |

### Fax Cover Page

**To:** Aron J. Frakes, Esq.
Daniel E. Alberti, Esq.

**Fax:** (312) 984-7700
(650) 813-5100

**From:** Brian M. O'Dea, Esq.

**Date:** April 21, 2008

**Sent By:** Becky Amedio

**File#:** E0302.001

**Pages:** 2

**Re:** Vesta Strategies, LLC v. Estupinian, et al., and Related Cross-Actions
United States District Court, Northern District of California Case No.: C07-06216 JW RS

THE FOLLOWING PAGES ARE A CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE PERSON NAMED ABOVE. IF YOU ARE NOT THE PERSON NAMED ABOVE, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERY OF THE FOLLOWING INFORMATION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ME IMMEDIATELY BY TELEPHONE. THANK YOU.

**Comments:**

Please see the attached letter.



# Fax Cover Page

**To:** Aron J. Frakes, Esq.  
Daniel E. Alberti, Esq.

**Fax:** (312) 984-7700  
(650) 813-5100

**From:** Brian M. O'Dea, Esq.

**Date:** April 21, 2008

**Sent By:** Becky Amedio

**File#:** E0302.001

**Pages:** 2

**Re:** Vesta Strategies, LLC v. Estupinian, et al., and Related Cross-Actions  
United States District Court, Northern District of California Case No.: C07-06216 JW RS

THE FOLLOWING PAGES ARE A CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE PERSON NAMED ABOVE. IF YOU ARE NOT THE PERSON NAMED ABOVE, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERY OF THE FOLLOWING INFORMATION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ME IMMEDIATELY BY TELEPHONE. THANK YOU.

**Comments:**

Please see the attached letter.

\\Fsprolaw\ProLawDocs\E0302.001\170640.doc

Achieving Results Through Innovation®

5000 Hopyard Road, Suite 400  
Pleasanton, California 94588-3348  
Phone 925-460-3700 | Fax 925-460-0969  
RandickLaw.com

## Becky Amedio

| | |
|---|---|
| **From:** | Becky Amedio |
| **Sent:** | Monday, April 21, 2008 4:29 PM |
| **To:** | 'ajfrakes@mwe.com' |
| **Cc:** | Brian O'Dea |
| **Subject:** | Estupinian (E0302.001): Letter of April 21, 2008, from Mr. O'Dea |
| **Attachments:** | Letter of 4-21-08 to Messrs. Frakes & Alberti.pdf |

Dear Mr. Frakes:

After an unsuccessful attempt at facsimile transmission, attached please find the letter of April 21, 2008, from Mr. Brian M. O'Dea. Please do not hesitate to contact Mr. O'Dea with questions or concerns. Thank you.


**Please note my new e-mail address is bamedio@randicklaw.com.**

**Becky Amedio**
**Legal Secretary to**
**Leslie A. Baxter, Esq. and**
**Kevin R. Martin, Esq.**
**Randick O'Dea & Tooliatos, LLP**
Telephone 925-460-3700 | Fax 925-460-0969

**Confidential Communication:** This e-mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

**IRS Circular 230 Disclosure:** To ensure compliance with requirements imposed by the IRS, Randick O'Dea & Tooliatos LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

4/21/2008