1  **Kevin R. Martin, SBN 176853**
   kmartin@randicklaw.com
2  **Brian M. O'Dea, SBN 45704**
   bodea@randicklaw.com
3  **Patrick E. Guevara SBN 202727**
   pguevara@randicklaw.com
4  **RANDICK O'DEA & TOOLIATOS, LLP**
   5000 Hopyard Road, Suite 400
5  Pleasanton, California   94588
   Telephone      (925) 460-3700
6  Facsimile       (925) 460-0969

7  Attorneys for Defendants, Counter Claimants and Third Party Claimants ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN and MUTUAL VISION, LLC,  and Defendants and
8  Third Party Claimants MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, EDMUNDO ESTUPINIAN, and HAYDEE
9  ESTUPINIAN

10 **UNITED STATES DISTRICT COURT OF CALIFORNIA**

11 **NORTHERN DISTRICT OF CALIFORNIA**

12 **SAN JOSE DIVISION**

| | |
|---|---|
| VESTA STRATEGIES, LLC, | Case No.:  C 07-06216 JW RS |
| Plaintiff, | **[PROPOSED] ORDER IN SUPPORT OF MOTION OF DEFENDANTS, COUNTER CLAIMANTS, AND THIRD PARTY CLAIMANTS ROBERT E. ESTUPINIAN AND GINNY ESTUPINIAN FOR AN ORDER COMPELLING PLAINTIFF/COUNTER DEFENDANT VESTA STRATEGIES, LLC AND COUNTER DEFENDANT/THIRD PARTY DEFENDANT JOHN TERZAKIS TO PRODUCE TAX RECORDS AND DOCUMENTS** |
| vs. | |
| ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, CAROL-ANN TOGNAZZINI, EDMUNDO ESTUPINIAN, and HAYDEE ESTUPINIAN, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

24     The motion of defendants, counter claimants and third party claimants Robert E. Estupinian and Ginny Estupinian for an order compelling plaintiff/counter defendant Vesta Strategies, LLC and counter defendant and third party defendant John Terzakis (herein "Respondents") to produce certain tax and financial records to moving parties is GRANTED.

                                                                                                1

1    Respondents are hereby required to produce to Robert E. Estupinian and Ginny

2  Estupinian on or before May 9, 2008, copies of the following records of Vesta Strategies, LLC:

3    a)    2006 Partnership Returns (form 1065) and all K-1 forms for general and limited

4  partners;

5    b)    Schedule of Partners' basis, detailing all contributions, distributions, partner's

6  share of partnership income and loss, liabilities and any adjustment affecting basis from the

7  inception of the partnership to date for each partner; and

8    c)    Corroborative documents for all adjustments that affected the partner's basis.

9    Respondents shall pay to defendants, counter claimants and third party claimants Robert

10  E. Estupinian and Ginny Estupinian the sum of $1,462.50 for their attorneys fees incurred herein.

11    IT IS SO ORDERED:

12  Dated: _____

13                                                   _____

14                                                   James Ware
                                                     United States District Court Judge

2