1 | **Kevin R. Martin, SBN 176853**
kmartin@randicklaw.com
2 | **Brian M. O'Dea, SBN 45704**
bodea@randicklaw.com
3 | **Patrick E. Guevara SBN 202727**
pguevara@randicklaw.com
4 | **RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
Pleasanton, California 94588
Telephone    (925) 460-3700
Facsimile    (925) 460-0969

Attorneys for Defendants, Counter Claimants and Third Party Claimants ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN and MUTUAL VISION, LLC, and Defendants and Third Party Claimants MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, EDMUNDO ESTUPINIAN, and HAYDEE ESTUPINIAN

## UNITED STATES DISTRICT COURT OF CALIFORNIA

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| VESTA STRATEGIES, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, CAROL-ANN TOGNAZZINI, EDMUNDO ESTUPINIAN, and HAYDEE ESTUPINIAN,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.: C 07-06216 JW RS<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANTS, COUNTER CLAIMANTS, AND THIRD PARTY CLAIMANTS ROBERT E. ESTUPINIAN AND GINNY ESTUPINIAN FOR AN ORDER COMPELLING PLAINTIFF/COUNTER DEFENDANT VESTA STRATEGIES, LLC AND COUNTER DEFENDANT/THIRD PARTY DEFENDANT JOHN TERZAKIS TO PRODUCE TAX RECORDS AND DOCUMENTS**<br><br>Date:  June 9, 2008<br>Time:  9:00 a.m.<br>Dept:  Room 8, 4th Floor<br>Before: Judge James Ware |

TO PLAINTIFF/COUNTER DEFENDANT VESTA STRATEGIES, LLC AND

COUNTER DEFENDANT/THIRD PARTY DEFENDANT JOHN TERAZKIS AND THEIR

ATTORNEYS OF RECORD:

1

PLEASE TAKE NOTICE that on June 9, 2008 at 9:00 a.m. in the Courtroom of United States District Court Judge James Ware located at 280 S. 1st Street, San Jose, California in Department 8 on the 4th Floor, defendants, counter claimants and third party claimants Robert E. Estupinian and Ginny Estupinian respectfully will and hereby do move this Court for an order requiring plaintiff/counter defendant Vesta Strategies, LLC and counter defendant/third party defendant John Terazkis to produce to moving parties tax and financial records of Vesta Strategies, LLC, and to pay moving parties attorneys' fees.

This motion is based upon this Notice and the Memorandum of Points and Authorities and Declarations of Robert Estupinian, David Buchanan and Brian M. O'Dea, previously filed and served.

Date:  May 7, 2008                                    RANDICK O'DEA & TOOLIATOS, LLP


                                                      By:  _____/s/_____
                                                           Brian M. O'Dea

2

NOT OF MOT & MOT OF DEFS, COUNTER CLAIMANTS, & THIRD PARTY CLAIMANTS ROBERT E. ESTUPINIAN & GINNY ESTUPINIAN FOR AN ORDER COMPELLING PLAINTIFF/COUNTER DEF VESTA STRATEGIES, LLC & COUNTER DEF/THIRD PARTY DEF JOHN TERZAKIS TO PRODUCE TAX RECORDS & DOCS
CASE NO. C 07-06216 JW RS

\\Fsprolaw\ProLawDocs\E0302.001\171636.doc