1  Alan L. Martini, SB No. 77316
   SHEUERMAN, MARTINI & TABARI
2  1033 Willow Street
   San Jose, CA 95125
3  Telephone: 408.288.9700
   Facsimile: 408.295.9900
4

5  Attorneys for Third Party Defendant, PETER YE

6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12

| | |
|---|---|
| 13 VESTA STRATEGIES, LLC, | Case No. C 07-06216 JW RS |
| 14    Plaintiff, | |
| 15 vs. | COUNTER-DEFENDANT AND THIRD PARTY DEFENDANT, PETER YE's NOTICE OF MOTION AND MOTION RE: |
| 16 ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN, MUTUAL VISION, LLC, | JOINDER IN MOTION AND MOTION TO DISMISS, OR IN THE ALTERNATIVE |
| 17 MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LCC, VESTA CAPITAL | TO STRIKE FIRST AMENDED COUNTER CLAIM AND FIRST |
| 18 ADVISORS, LLC, CAROL-ANN TOGNAZZINI, EDMUNDO ESTUPINIAN, and HAYDEE | AMENDED THIRD PARTY COMPLAINT AND COUNTER-DEFENDANT, PETER |
| 19 ESTUPINIAN, | YE's SPECIAL MOTION TO STRIKE PURSUANT TO THE CALIFORNIA |
| 20    Defendants | ANIT-SLAPP STATUTE AND FOR ATTORNEYS FEES AND COSTS |
| 21 MUTUAL VISION, LLC, | |
| 22    Counter Claimant, | |
| 23 vs. | Hearing Date: September 8, 2008 Time: 09:00 a.m. |
| 24 VESTA STRATEGIES, LLC, | Department 8, 4th Floor, San Jose Hon. James Ware |
| 25    Counter Defendant, | |
| 26 MUTUAL VISION LLC, ROBERT ESTUPINIAN AND GINNY ESTUPINIAN, | |
| 27    Third Party Claimants, | |
| 28 | |

1
NOTICE OF JOINDER - NOTICE OF MOTION

| | |
|---|---|
| 1 | vs. )
| 2 | JOHN TERZAKIS, SINGLE SITE SOLUTIONS )
|   | CORPORATION, B & B SPARCO )
| 3 | PROPERTIES, INC., AND PETER YE, )
| 4 |    Third Party Defendants. )
| 5 | _____ )

PLEASE TAKE NOTICE THAT on September 8, 2008 at 9:00 a.m. in Courtroom 8 of this Court, Third Party Defendant, PETER YE will and hereby joins in Counter-Defendant, VESTA STRATEGIES, LLC's and Third Party Defendants, JOHN TERZAKIS, SINGLE SITE SOLUTIONS CORPORATION, and B&B SPARCO PROPERTIES, INC.'s motion to dismiss and will and hereby make motion to dismiss (Rule 12(b)(c)) and special motion to strike pursuant to the California anti-SLAPP statute and for attorneys fees and costs.

Counter-Claimant and Third Party Defendant, PETER YE's motion to dismiss is made pursuant to Rule 12(b)(6) on the basis that the complaint fails to state a cause of action.

Counter-Claimant and Third Party Defendant, PETER YE's special motion to strike pursuant to the California anti-SLAPP statute is based upon the fact that the eleventh claim for relief (intentional infliction of emotional distress) should be stricken pursuant to C.C.P. section 425.16(e)(2) because the alleged defamatory statements underlying the claim were made in connection with a legal proceeding.

The motion will be based upon this notice, the Joinder in Motion to Dismiss or Strike filed by Counter-Defendants, VESTA STRATEGIES, et al., and the Declaration of Peter Ye previously filed in this action in support of his motion to strike the original Counter-Claim.

Dated: May 9, 2008                             SHEUERMAN, MARTINI & TABARI


                                               /s/ Alan L. Martini
                                               ALAN L. MARTINI, SB NO. 77316
                                               Attorney for Third Party Defendant
                                               PETER YE

Y:\data\wpwin60\Vesta Strategies, LLC\notice joinder.wpd