```
 1  DAVID L. OLSON, ESQ. (Bar No. 49107)
    dlo@hjmmlaw.com
 2  LAW OFFICES OF DAVID L. OLSON
    180 Grand Avenue, Suite 700
 3  Oakland, California 94612
    Telephone:  (510) 835-0500
 4  Fax:        (510) 835-2833
 5
    Attorney for Defendant, Counter Claimant and Third Party
 6  Plaintiff Carol-Ann Tognazzini
 7
 8
 9
10
                   UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
                       SAN JOSE DIVISION
12
13
14  VESTA STRATEGIES, LLC,            Case No. C 07-06216 JW RS

15         Plaintiff,

16      v.                            STIPULATION TO EXTEND TIME FOR
                                      DEFENDANT/COUNTER CLAIMANT AND
17  ROBERT E. ESTUPINIAN, GINNEY      THIRD PARTY PLAINTIFF CAROL-ANN
    ESTUPINIAN, MUTUAL VISION, LLC,   TOGNAZZINI TO RESPOND TO THE
18  MILLENNIUM REALTY GROUP,          SPECIAL MOTION TO STRIKE AND
    VESTA REVERSE 100, LLC, VESTA     DISMISS THE COUNTERCLAIMS AND
19  CAPITAL ADVISORS, LLC, CAROL-     THIRD PARTY CLAIMS OF CAROL-ANN
    ANN TOGNAZZINI, EDMUNDO           TOGNAZZINI FILED BY VESTA
20  ESTUPINIAN, and HAYDEE            STRATEGIES, LLC AND JOHN TERZAKIS
    ESTUPINIAN;
21
22         Defendants.
23
24
25
26
27
28
```

STIPULATION TO EXTEND TIME TO RESPOND
-1-

1  Pursuant to L. R. 6-1 (a) it is stipulated by and between the parties, through their respective
2  counsel, that Plaintiff/Counter Defendant Vesta Strategies, LLC and Third Party Defendant John
3  Terzakis' Special Motion to Strike and Motion to Dismiss the Counter Claims and Third Party
4  Complaint of Defendant/Counter Claimant and Third Party Plaintiff Carol-Ann Tognazzini (Doc.
   62) currently set for hearing on June 9, 2008 may be continued to September 8, 2008 and
5  consolidated for hearing with Plaintiff/Counter Defendant Vesta Strategies, LLC and Third Party
6  Defendant John Terzakis's Motion to Strike and Motion to Dismiss the Counter Claims and Third
7  Party Complaint of Defendant/Counter Claimant/Third Party Plaintiffs Robert E. Estupinian, et. al.,
   (Doc. 76), or on such other date as the Court may set after the hearing of the motion of David L.
8  Olson, Esq. to withdraw as the attorney of record for Carol-Ann Tognazzini (Doc.64), currently set
9  for June 23, 2008, and Ms. Tognazzini's time to respond to the above referenced extended special
10 motion to strike and motion to dismiss (Doc. 62) shall be July 31, 2008 or such other dates as are
11 set by the Court for the response to and hearing of said motion.

12  IT IS SO STIPULATED

14  LAW OFFICES OF DAVID L. OLSON

15  Dated: May 13, 2008    By _____
16                          David L. Olson, Esq.
17                          Attorney for Defendant, Counter-Claimant and Third Party
                            Plaintiff Carol-Ann Tognazzini

19  McDERMOTT WILL & EMERY LLP

22  Dated: May 13, 2008    By _____

23                          Aron J. Frakes (pro hac vice)
24                          Attorneys for Plaintiff and Counter Defendant
25                          VESTA STRATEGIES, LLC; and Third Party
26                          Defendant JOHN TERZAKIS

STIPULATION TO EXTEND TIME TO RESPOND
-2-