

RANDICK O'DEA
&
TOOLIATOS LLP
ATTORNEYS AT LAW

May 13, 2008

Aron J. Frakes, Esq.
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

*Re: Vesta Strategies, LLC v. Estupinian, et al./E0302.001*

Dear Mr. Frakes:

I have your letter of May 9, 2008 in the above.

We reject your proposal and will drop the motion upon the production of the requested documents.

Under California law, Mr. Estupinian has an unfettered right to the requested documents. There are no limitations as to their use as you attempt to impose.

Based on your letter, we are hereby expanding our request to include all Amended returns and Amendments to the returns for the years requested.

Very truly yours,

RANDICK O'DEA & TOOLIATOS, LLP

By /s/ Brian M. O'Dea
Brian M. O'Dea

BOD/es
cc:     Client

Fsprolaw:ProLawDocs:E0302.001:172466.doc

ACHIEVING RESULTS THROUGH INNOVATION®

5000 Hopyard Road, Suite 400
Pleasanton, California 94588-3348
Telephone 925-460-3700
Fax 925-460-0969
www.RandickLaw.com