DAVID L. OLSON, ESQ. (Bar No. 49107)
dlo@hjmmlaw.com
LAW OFFICES OF DAVID L. OLSON
180 Grand Avenue, Suite 700
Oakland, California 94612
Telephone:  (510) 835-0500
Fax:        (510) 835-2833

Attorney for Defendant, Counter Claimant and Third Party Plaintiff Carol-Ann Tognazzini

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VESTA STRATEGIES, LLC, | Case No. C 07-06216 JW RS |
| Plaintiff, | **ORDER CONTINUING HEARING ON VARIOUS MOTIONS TO SEPTEMBER 15, 2008** |
| v. | |
| ROBERT E. ESTUPINIAN, GINNEY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, CAROL-ANN TOGNAZZINI, EDMUNDO ESTUPINIAN, and HAYDEE ESTUPINIAN; | |
| Defendants. | |

STIPULATION TO EXTEND TIME TO RESPOND
-1-

**\*\*\* ORDER \*\*\***

In light of the parties' Stipulation, and on the Court's own motion, the Court continues the hearing on the following motions currently set for June 9, 2008 and September 8, 2008, to **September 15, 2008 at 9 a.m.**   The motions are:

(1)  Plaintiffs/Counter-Defendants' Motion to Dismiss and to Strike (docket item no. 42);
(2)  Defendant Estupinian's First Motion to Compel Plaintiffs' to Produce Tax Records (docket item no. 68);
(3)  Defendant Estupinian's Motion to Produce Tax Records (docket item no. 75);
(4)  Plaintiffs/Counter-Defendants' Motion to Dismiss First Amended Counterclaim and First Amended Third-Party Complaint (docket item no. 76);
(5)  Third-Party Defendant Peter Ye's Joinder in Special Motion to Strike (docket item no. 78);
(6)  Third-Party Defendant Peter Ye's Motion to Dismiss or in the Alternative Motion to Strike (docket item no. 79).

In light of this Order, the parties may adjust their oppositions and replies briefs to the above motions in accordance with the Civil Local Rules of Court.

However, Attorney Carol-Ann Tognazzini's Motion to Withdraw as Attorney presently set for **June 23, 2008** will remain on calendar as scheduled.

The Court also continues the Case Management Conference currently set for June 9, 2008 to **September 15, 2008 at 10 a.m.**

No further stipulation regarding the hearing date for the six motions listed above will be accepted by the Court.

Dated:  May 20, 2008

_____
JAMES WARE
United States District Court