1  DAVID L. OLSON, ESQ. (Bar No. 49107)
   LAW OFFICES OF DAVID L. OLSON
2  180 Grand Avenue, Suite 700
   Oakland, California 94612
3  (510) 835-0500

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN JOSE DIVISION

11

12 | VESTA STRATEGIES, LLC,                | Case No. 07-06216 JW RS
13 |        Plaintiff,                     |
14 |    v.                                 | CERTIFICATE OF SERVICE
15 | ROBERT E. ESTUPINIAN, GINNEY
   | ESTUPINIAN, MUTUAL VISION, LLC,
16 | MILLENNIUM REALTY GROUP,
   | VESTA REVERSE 100, LLC, VESTA
17 | CAPITAL ADVISORS, LLC, CAROL-
   | ANN TOGNAZZINI, EDMUNDO
18 | ESTUPINIAN, and HAYDEE
   | ESTUPINIAN;
19 |
   |        Defendants.
20

21

22     I, David L. Olson, an attorney, certify that I caused a copy of the attached ORDER

23 AUTHORIZING WITHDRAWAL OF COUNSEL entered by the Honorable James Ware, Judge,

24 to be served upon CAROL-ANN TOGNAZZINI, at 7425 26th Street Rio Linda, California 95673,

25 via first-class U.S. mail, proper postage prepaid, on June 20, 2008.

26 Dated: June 20, 2008         By 
                                    David L. Olson, Esq.

1  DAVID L. OLSON, ESQ. (Bar No. 49107)
   dlo@hjmmlaw.com
2  LAW OFFICES OF DAVID L. OLSON
3  180 Grand Avenue, Suite 700
   Oakland, California 94612
4  Telephone:   (510) 835-0500
   Fax:         (510) 835-2833
5
   Attorney for Defendant Carol-Ann Tognazzini
6

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED AS MODIFIED" — Judge James Ware]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VESTA STRATEGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT E. ESTUPINIAN, GINNEY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, CAROL-ANN TOGNAZZINI, EDMUNDO ESTUPINIAN, and HAYDEE ESTUPINIAN;<br><br>Defendants. | Case No. C 07-06216 JW RS<br><br>(PROPOSED)<br><br>ORDER AUTHORIZING WITHDRAWAL OF COUNSEL<br><br>Date:   June 23, 2008<br>Time:   9:00 a.m.<br>Dept:   Room 8, 4th Floor, SJ<br>Judge:  James Ware |

Presently before the Court is David L. Olson's Motion to Withdraw as Counsel of Record for Defendant Carol-Ann Tognazzini. (hereafter,"Motion,"Docket Item No. 64.) The Court finds the motion appropriate for submission without oral argument. See Civ. L.R. 7-1(b). Based on the papers submitted to date, the Court GRANTS David L. Olson's Motion to Withdraw as Counsel.

In a civil case, counsel may not withdraw from an action until relieved by order of the Court. See Civ. L.R. 11-5. Rule 3-700(C) of the California Rules of Professional Conduct provides that a lawyer may withdraw from representing a client where, among other things, (1) the client breaches an agreement with or obligation to the lawyer as to expenses or fees, or (2) other conduct renders it unreasonably difficult for the lawyer to carry out the employment effectively. Rule 3-700(C)(1)(d), (f).

In this case, counsel contends, *inter alia*, as follows:

(1) Defendant Tognazzini's failure and/or reluctance to authorize necessary and ordinary activities on her behalf has rendered it unreasonably difficult for [him] to carry out his employment and the prosecution of this matter on her behalf effectively;

(2) Defendant Tognazzini . . . [has] failed and refused and continue to fail and refuse to pay the attorney[] fees and costs due to [counsel].

(Motion ¶¶ 1, 2.) In addition, Defendant Tognazzini has filed a declaration consenting to the substitution and withdrawal of counsel. (See Docket Item No. 66.)

The attorney-client relationship is usually an economic relationship. Based on Mr. Olson's representation and supporting declarations, the Court finds good cause to relieve Mr. Olson as counsel of record for Defendant Tognazzini.

The Court stays all currently scheduled filing deadlines in the case for thirty (30) days to give Defendant sufficient time to find substitute counsel. Mr. Olson shall remain as counsel of record for thirty (30) days for the purposes of receiving and providing legal documents until there is identification of substitute counsel. On or before **July 18, 2008**, Defendant shall file a Notice of Identification of Substitute Counsel or Notice of Self-Representation.

Mr. Olson shall send a copy of this Order to Defendant and file the necessary certificate of service. In light of this Order, the Court VACATES the hearing currently set for June 23, 2008.

Dated: June 18, 2008

_____
JAMES WARE
United States District Judge