1   DANIEL E. ALBERTI (68620)
    dalberti@mwe.com
2   McDERMOTT WILL & EMERY LLP
    3150 Porter Drive
3   Palo Alto, CA  94304-1212
    Telephone:  650.813.5000
4   Facsimile:  650.813.5100

5   PAUL E. CHRONIS (*pro hac vice*)
    pchronis@mwe.com
6   ARON J. FRAKES (*pro hac vice*)
    ajfrakes@mwe.com
7   McDERMOTT WILL & EMERY LLP
    227 West Monroe Street
8   Chicago, Illinois   60606
    Telephone:  312.372.2000
9   Facsimile:  312.984.7700

10  Attorneys for Plaintiff and Counter-Defendant
    VESTA STRATEGIES, LLC; Third Party Defendant
11  SINGLE SITE SOLUTIONS CORPORATION;
    Third Party Defendant JOHN TERZAKIS;
12  Third Party Defendant B&B SPARCO
    PROPERTIES, INC.

13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                  SAN JOSE DIVISION

17  VESTA STRATEGIES, LLC,                    CASE NO.  C 07-06216 JW RS

18              Plaintiff,                    **[PROPOSED] ORDER GRANTING
                                              MOTION TO WITHDRAW AS COUNSEL
19       v.                                   OF RECORD PURSUANT TO L. R. 11-5**

20  ROBERT E. ESTUPINIAN, GINNY               Date:              October 20, 2008(or the
    ESTUPINIAN, MUTUAL VISION, LLC,           earliest date the Court can hear this matter)
21  MILLENNIUM REALTY GROUP,                  Time:              9:00 A.M.
    VESTA REVERSE 100, LLC, VESTA             Department:        Room 8, 4th Floor
22  CAPITAL ADVISORS, LLC, CAROL-             Judge:             The Hon. James Ware
    ANN TOGNAZZINI, EDMUNDO
23  ESTUPINIAN, and HAYDEE
    ESTUPINIAN,
24
            Defendants.
25

26  AND RELATED COUNTERCLAIMS
    AND THIRD PARTY CLAIMS
27

28

**[PROPOSED] ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL PURSUANT TO L. R.                    **CASE NO. C 07-06216 JW RS**
11-5**

1    Before the Court is McDermott Will & Emery LLP's Motion to Withdraw as Counsel of

2  Record for Plaintiff/Counter Defendant Vesta Strategies LLC and Third-Party Defendants John

3  Terzakis, Single Site Solutions Corporation, and B&B Sparco Properties, Inc.  *See* Docket Item

4  No. __.  Based on the papers submitted to date and for good cause appearing, the Court GRANTS

5  McDermott Will & Emery LLP's Motion to Withdraw as Counsel of Record.

6    The court stays all deadlines in the case for thirty (30) days to give Plaintiffs sufficient

7  time to find substitute counsel.  Plaintiffs shall file a Notice of Identification of Substitute

8  Counsel or Notice of Self-Representation by August 15, 2008.

9    Based on McDermott Will & Emery LLP's representations and the supporting declaration

10  of Paul E. Chronis, Esq., the Court finds good cause to relieve McDermott Will & Emery LLP

11  and its attorneys as counsel of record in this matter, once Plaintiffs have secured substitute

12  counsel or August 15, 2008, whichever occurs sooner.

13    McDermott Will & Emery LLP shall send a copy of this Order to Plaintiffs and their

14  Illinois counsel, Murphy & Hourihane, L.L.C.

15

16
Dated:  July __, 2008

17
                                        JAMES WARE
18                                      Unites Sates District Judge

MPK 144411-1.029407.0020
19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING MOTION TO**
**WITHDRAW AS COUNSEL PURSUANT TO L. R.**        - 1 -        **CASE NO. C 07-06216 JW RS**
**11-5**