Carol-Ann Karri Tognazzini
7425 26th Street
Rio Linda, CA 95673
916-992-6497
916-335-0725

7-17-08

**FILED**
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## United States District Court
## Northern District of California
## San Jose Division

| | |
|---|---|
| Vesta Strategies, LLC<br>Plaintiff<br>vs.<br>Carol-Ann Tognazzini<br>Defendant | Case No.: C 07-06216 JW RS<br><br>Statement of New Attorney on Defendants Behalf. |

I, Carol-Ann Tognazzini, will be representing myself, Pro Se.

*(signature)*