Carol-Ann Kari Tognazzini  7-17-08
7425 26th Street
Rio Linda, CA 95673
916-992-6497
916-335-0725

FILED
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
San Jose Division

Vesta Strategies, LLC
   Plaintiff
vs
Carol-Ann Tognazzini
   Defendant

Case No.: C 07-06216 JW RS

Defendant Carol-Ann Tognazzini Request for a continuance

I, Carol-Ann Tognazzini, am asking for a continuance until late September 2008. I need more time to prepare my defence against Vesta Strategies, LLC.