IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vesta Strategies, LLC, | NO. C 07-06216 JW |
| Plaintiff, | **ORDER DENYING PRO SE DEFENDANT TOGNAZZINI'S REQUEST FOR A CONTINUANCE** |
| v. | |
| Robert E. Estupinian, et al., | |
| Defendants. | |

Before the Court is *pro se* Defendant Carol-Ann Tognazzini's hand-written motion requesting a continuance. (See Docket Item No. 88.) However, it is not clear from the motion exactly which deadline Defendant Tognassini wishes to have the Court continue. The entire motion is two sentences long and "ask[s] for a continuance until late September 2008" without specifying anything for the Court to continue or any reasons for a continuance. Since the Court cannot frame any meaningful relief from Defendant Tognassini's request, the Court DENIES Defendant Tognassini's motion as vague.

Dated: July 25, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Louis Martini amartini@smtlaw.com
Brian Michael O'Dea bodea@mcnicholslaw.com
Daniel E. Alberti dalberti@mwe.com
David L. Olson dlo@hjmmlaw.com
Kevin Richard Martin kmartin@randicklaw.com
Patrick E. Guevara pguevara@randicklaw.com
Paul Evans Chronis pchronis@mwe.com
Peter J. Drobac pdrobac@mwe.com

Carol-Ann Tognazzini
7425 26th Street
Rio Linda, CA 95673

**Dated:  July 25, 2008**                              **Richard W. Wieking, Clerk**


                                                       **By:     /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

United States District Court
For the Northern District of California