DANIEL E. ALBERTI (68620)
dalberti@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.813.5000
Facsimile: 650.813.5100

PAUL E. CHRONIS (*pro hac vice*)
pchronis@mwe.com
ARON J. FRAKES (*pro hac vice*)
ajfrakes@mwe.com
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois 60606
Telephone: 312.372.2000
Facsimile: 312.984.7700

Attorneys for Plaintiff and Counter-Defendant VESTA STRATEGIES, LLC; Third Party Defendant SINGLE SITE SOLUTIONS CORPORATION; Third Party Defendant JOHN TERZAKIS; Third Party Defendant B&B SPARCO PROPERTIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VESTA STRATEGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT E. ESTUPINIAN, GINNY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA REVERSE 100, LLC, VESTA CAPITAL ADVISORS, LLC, CAROL-ANN TOGNAZZINI, EDMUNDO ESTUPINIAN, and HAYDEE ESTUPINIAN,<br><br>    Defendants. | CASE NO. C 07-06216 JW RS<br><br>**PROOF OF SERVICE** |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | |

## PROOF OF SERVICE

I, Cheryl Lovdahl, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3150 Porter Drive, Palo Alto, California 94304. On July 25, 2008, I served a copy of the within document(s):

**ORDER GRANTING McDERMOTT WILL & EMERY'S MOTION TO WITHDRAW AS COUNSEL OF RECORDS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed FedEx envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by electronically mailing a true and correct copy through McDermott, Will & Emery's electronic mail system at the e-mail address(es) set forth below.

Eugene E. Murphy, Esq.
John N. Hourihane, Esq.
Murphy & Hourihane, L.L.C.
77 West Wacker Drive, Suite 4800
Chicago, IL 60601
gmurphy@mhlitigation.com
jhourihane@mhlitigation.com

Mr. John Terzakis
7450 Quincy Street
Willowbrook, Illinois 60527
jterzakis@singlesitecorp.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1   I declare under penalty of perjury under the laws of the State of California that the above
2   is true and correct.

3                                                           /s/ Cheryl Lovdahl
                                                            Cheryl Lovdahl
4   MPK 144837-1.029407.0020

- 3 -

**PROOF OF SERVICE**