1  RONALD J. COOK, SBN - 121398
   WILLOUGHBY, STUART & BENING
2  50 W. San Fernando Street, Suite 400
   San Jose, California 95113
3  Telephone:   (408) 289-1972
   Facsimile:   (408) 295-6375
4

5  Attorneys for Defendant/Cross- Complainant
   CAROL-ANN TOGNAZZINI
6

7               UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                     SAN JOSE DIVISION

| | |
|---|---|
| VESTA STRATEGIES, LLC. | **CASE NO.: C-07-06216 JW RS** |
| Plaintiff. | **SUBSTITUTION OF ATTORNEYS** |
| vs. | |
| ROBERT E. ESTUPINIAN, GINNEY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA CAPITAL REVERSE 100, LLC, CAROL-ANN TOGNAZZINI, EDMUNDO ESTUPINIAN, AND HAYDEE ESTUPINIAN, | |
| Defendants. | |
| AND RELATED COUNTER CLAIMS AND THIRD PARTY CLAIMS | |

## SUBSTITUTION OF ATTORNEYS

RONALD J. COOK, Willoughby, Stuart & Bening, 50 W. San Fernando Street, Suite 400, San Jose, California 95113 hereby substitutes as attorney for Defendant/Cross-Complainant CAROL-ANN TOGNAZZINI in the above-entitled action in place of CAROL-ANN TOGNAZZINI, *In Propria Persona.*

///

///

1882.10954C                           -1-

1  DATED: September 11, 2008

WILLOUGHBY, STUART & BENING

By _____
RONALD J. COOK
Attorneys for Defendant/Cross-Complainant
CAROL-ANN TOGNAZZINI

6  I consent to the above substitution.

7  DATED: 9/11/08

_____
CAROL-ANN TOGNAZZINI

1882.10954C

- 2 -

SUBSTITUTION OF ATTORNEYS