1  Elizabeth Smith-Chavez (SBN 082900)
   SELTZER CAPLAN MCMAHON VITEK
2  A Law Corporation
   750 B Street, 2100 Symphony Towers
3  San Diego, California 92101-8177
   Telephone:    (619) 685-3003
4  Facsimile:     (619) 685-3100

5  Attorneys for Plaintiff/Counter-Defendant
   VESTA STRATEGIES, LLC and
6  Third Party Defendant JOHN TERZAKIS

7

**IT IS SO ORDERED
AS MODIFIED**

*James Ware*

Judge James Ware

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11 VESTA STRATEGIES, LLC,                    ) CASE NO.  C-07-06216 JW RS
                                             )
12            Plaintiff,                      )
                                             ) **STIPULATION AND [PROPOSED]**
13      vs.                                   ) **ORDER RE BRIEFING SCHEDULE**
                                             ) **FOR PLAINTIFF/COUNTER-**
14 ROBERT E. ESTUPINIAN, GINNY               ) **DEFENDANT VESTA STRATEGIES,**
   ESTUPINIAN, MUTUAL VISION, LLC,           ) **LLC'S AND THIRD PARTY**
15 MILLENNIUM REALTY GROUP, VESTA            ) **DEFENDANT JOHN TERZAKIS'**
   REVERSE 100, LLC, VESTA CAPITAL           ) **MOTIONS TO SET ASIDE ENTRY OF**
16 ADVISORS, LLC, CAROL-ANN                  ) **DEFAULT JUDGMENT AND MOTION**
   TOGNAZZINI, EDMUNDO ESTUPINIAN            ) **TO SET ASIDE ENTRY OF**
17 and HAYDEE ESTUPINIAN,                    ) **DISMISSAL**
                                             )
18            Defendants.                     )
                                             )
19                                           ) DATE:       November 24, 2008
                                             ) TIME:       9:00 a.m.
20                                           ) DEPT:       8
                                             ) JUDGE:      Honorable James Ware
21                                           ) COMPLAINT FILED:    December 7, 2007
                                             )
22 AND RELATED COUNTER AND THIRD            )
   PARTY CLAIMS                              )

23          Plaintiff and Defendants hereby stipulate as follows:

24          1.    Plaintiff/Counter-Defendant VESTA STRATEGIES, LLC ("Vesta") and Third-

25 Party Defendant JOHN TERZAKIS ("Terzakis") has filed a Motion to Set Aside Default

26 Judgment taken by Mutual Vision, LLC, et al., a Motion to Set Aside Default Judgment taken

27 by Carol-Ann Tognazzini, and a Motion to Set Aside Entry of Dismissal.

28          2.    The hearing on these motions is set for November 24, 2008.

3.    The parties have agreed to and hereby stipulate to the following briefing schedule for motions:

    a.    Defendants' opposition papers shall be filed no later than November 14, 2008.

    b.    Vesta's and Terzakis' reply shall be filed no later than **November 17, 2008.**

4.    The parties shall serve their papers by the Electronic Case Management System.

Dated: November 3, 2008        SELTZER CAPLAN MCMAHON VITEK
                                      A Law Corporation

                                      By:        /s/
                                            Elizabeth Smith-Chavez
                                          ATTORNEYS FOR Plaintiff/Counter-Defendant VESTA STRATEGIES, LLC and Third Party Defendant JOHN TERZAKIS

Dated: November 3, 2008        RANDICK O'DEA & TOOLIATOS, LLP

                                    By:    Kevin R. Martin
                                          Kevin R. Martin, Esq.
                                          ATTORNEYS FOR Defendants ROBERT ESTUPINIAN, ET AL.

Dated: November 3, 2008        WILLOUGHBY, STUART & BENING, INC.

                                    By:
                                          Ronald J. Cook, Esq.
                                          ATTORNEYS FOR Counter-Claimant/Third-Party Plaintiff Carol-Ann Tognazzini

**ORDER**

    The Court finds good cause to adopt the parties' Stipulation with the slight modification regarding the due date for the reply.  In addition, because the briefing schedule proposed by the parties does not provide sufficient time for the Court to evaluate the papers prior to the hearing date, the Court CONTINUES the hearing from November 24, 2008 to **December 1, 2008 at 9 a.m.**

Dated:  November 7, 2008

                                        JAMES WARE
                                        United States District Judge