1  RONALD J. COOK, SBN - 121398
   WILLOUGHBY, STUART & BENING
2  50 W. San Fernando Street, Suite 400
   San Jose, California 95113
3  Telephone:    (408) 289-1972
   Facsimile:    (408) 295-6375
4

5  Attorneys for Defendant/Cross-Claimant and Third Party Claimant
   CAROL-ANN TOGNAZZINI
6

*IT IS SO ORDERED*
*Judge James Ware*
*3/19/2009*

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

| | |
|---|---|
| VESTA STRATEGIES, LLC. | **CASE NO.: C 07-06216 JW RS** |
| Plaintiff. | **JOINT STIPULATION OF DISMISSAL** |
| vs. | |
| ROBERT E. ESTUPINIAN, GINNEY ESTUPINIAN, MUTUAL VISION, LLC, MILLENNIUM REALTY GROUP, VESTA CAPITAL REVERSE 100, LLC, CAROL-ANN TOGNAZZINI, EDMUNDO ESTUPINIAN, AND HAYDEE ESTUPINIAN, | |
| Defendants. | |
| AND RELATED COUNTER CLAIMS AND THIRD PARTY CLAIMS | |

IT IS HEREBY STIPULATED by and between Plaintiffs and Counter-Defendants VESTA STRATEGIES LLC, JOHN TERZAKIS AND SINGLE SIGHT SOLUTIONS CORPORATION on the one hand and Defendant and Counter-Claimant CAROL ANN TOGNAZZINI on the other hand, by and through their designated counsel, that plaintiffs hereby dismiss defendant CAROL ANN TOGNAZZINI with prejudice pursuant to FRCP 41(a)(1). Plaintiff and Counter-Claimant CAROL ANN TOGANAZZINI hereby dismisses her counter claim in its entirety with prejudice pursuant to FRCP 41(a)(1).

1882.10954C                                  -1-

JOINT STIPULATION OF DISMISSAL

1

2   DATED: February 3, 2009

3                                                    WILLOUGHBY, STUART & BENING

4                                        By            /s/

5                                            RONALD J. COOK
                                             Attorneys for Defendant/Cross-Claimant and Third
6                                            Party Claimant
                                             CAROL-ANN TOGNAZZINI

7

8

9   DATED: February 3, 2009

10                                                   SELTZER, CAPLAN, MCMAHON, VITEK

11                                       By            /s/

12                                           JEFFERY B. HARRIS Attorneys for
                                             Plaintiff/Counter-Defendants
13                                           VESTA STRATEGIES, LLC, SINGLE SIGHT
                                             SOLUTIONS and Third Party Defendant JOHN
14                                           TERZAKIS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1882.10954C                          - 2 -

JOINT STIPULATION OF DISMISSAL