IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vesta Strategies, LLC, | NO. C 07-06216 JW |
| Plaintiff, | **ORDER CONTINUING HEARING ON COUNTER-CLAIMANT AND THIRD PARTY CLAIMANTS' MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| Robert E. Estupinian, et al., | |
| Defendants. | |

This case is currently scheduled for a hearing on Counter Claimants and Third Party Claimants' Motion for Default Judgment on June 1, 2009. Upon review of the papers submitted to date, the Court finds it appropriate to specially set a prove up the hearing for **June 9, 2009 at 10 a.m.** to determine the damages sought in the Motion for Default Judgment. All parties claiming damages are ordered to produce all witnesses that they seek to have the Court consider in assessing damages at the June 9, 2009 hearing.

The Claimants shall serve a copy of this Order on the defaulting party and file a certificate of service on or before **May 29, 2009.**

Dated: May 20, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Louis Martini amartini@smtlaw.com
Aron J. Frakes ajfrakes@mwe.com
Aron J. Frakes ajfrakes@mwe.com
Brian Michael O'Dea bodea@randicklaw.com
Daniel E. Alberti dalberti@mwe.com
James Renfro Thompson thompson@scmv.com
Jeffrey Bugbee Harris harris@scmv.com
Jeffrey Bugbee Harris harris@scmv.com
Kevin Richard Martin kmartin@randicklaw.com
Michelle Rene Ghidotti mghidotti@atcllp.com
Patrick E. Guevara pguevara@randicklaw.com
Paul Evans Chronis pchronis@mwe.com
Peter J. Drobac pdrobac@mwe.com
Ronald J. Cook rjc@wsblaw.net

**Dated:  May 20, 2009**                                      **Richard W. Wieking, Clerk**

                                                     **By:     /s/ JW Chambers**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California