1
2
3
4
5
6
7                IN THE UNITED STATES DISTRICT COURT
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                        SAN JOSE DIVISION
10  Vesta Strategies, LLC,                    NO. C 07-06216 JW

11             Plaintiff,            **ORDER DENYING ADMINISTRATIVE**
                                     **MOTION TO CONSIDER WHETHER**
12      v.                           **CASES SHOULD BE RELATED**

13  Robert Estupinian, et al.,

14             Defendants.
                                    /

15      Presently before the Court is an Administrative Motion to Consider Whether Cases Should

16  Be Related.  (See Docket Item No. 189.)  In light of the fact that the later-filed case is already

17  assigned to the same Judge, and that both cases are at different stages in their litigation, the Court

18  finds it is unnecessary to relate this matter with United States Fire Ins. Co. v. Vesta Strategies, LLC,

19  No. C 09-02388 JW.

20

21  Dated:  June 12, 2009

22                                  JAMES WARE
                                    United States District Judge
23
24
25
26
27
28

**United States Court**
For the Northern District of California

**United States District Court**

For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Alan Louis Martini amartini@smtlaw.com
    Andrew B. Downs andy.downs@bullivant.com
3   Aron J. Frakes ajfrakes@mwe.com
    Aron J. Frakes ajfrakes@mwe.com
4   Brian Michael O'Dea bodea@randicklaw.com
    Daniel E. Alberti dalberti@mwe.com
5   James Renfro Thompson thompson@scmv.com
    Jeffrey Bugbee Harris harris@scmv.com
6   Jeffrey Bugbee Harris harris@scmv.com
    Kevin Richard Martin kmartin@randicklaw.com
7   Michelle Rene Ghidotti mghidotti@atcllp.com
    Patrick E. Guevara pguevara@randicklaw.com
8   Paul Evans Chronis pchronis@mwe.com
    Peter J. Drobac pdrobac@mwe.com
9   Ronald J. Cook rjc@wsblaw.net

10

11

12  **Dated:  June 12, 2009**                    **Richard W. Wieking, Clerk**

13

14                                               **By:____/s/ JW Chambers_____**
                                                    **Elizabeth Garcia**
15                                                  **Courtroom Deputy**

16

17

18

19

20

21

22

23

24

25

26

27

28