IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vesta Strategies, LLC, | NO. C 07-06216 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Robert E. Estupinian, et al., | |
| Defendants. | |

Pursuant to the Court's July 17, 2009 Order Granting Counter Claimants' Motion for Default Judgment, judgment is entered in favor of Counter Claimants Robert Estupinian, Ginny Estupinian, Mutual Vision, LLC, Millennium Realty Group, Vesta Reverse 100, LLC, Vesta Capital Advisors, LLC, Edmundo Estupinian and Haydee Estupinian, against Counter Defendant Vesta Strategies, LLC and Third Party Defendants John Terzakis, Single Site Solutions Corp. and B&B Sparco Properties.

Counter Claimant Robert Estupinian is awarded damages in the sum of $1,272,897.40. Counter Claimant Ginny Estupinian is awarded damages in the sum of $797,300.58. No prejudgment interest shall be awarded. Post-Judgment interest is awarded pursuant to California law.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: July 17, 2009

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Louis Martini amartini@smtlaw.com
Andrew B. Downs andy.downs@bullivant.com
Aron J. Frakes ajfrakes@mwe.com
Aron J. Frakes ajfrakes@mwe.com
Brian Michael O'Dea bodea@randicklaw.com
Daniel E. Alberti dalberti@mwe.com
James Renfro Thompson thompson@scmv.com
Jeffrey Bugbee Harris harris@scmv.com
Jeffrey Bugbee Harris harris@scmv.com
Kevin Richard Martin kmartin@randicklaw.com
Michelle Rene Ghidotti mghidotti@atcllp.com
Patrick E. Guevara pguevara@randicklaw.com
Paul Evans Chronis pchronis@mwe.com
Peter J. Drobac pdrobac@mwe.com
Ronald J. Cook rjc@wsblaw.net

**Dated:  July 17, 2009**                                   **Richard W. Wieking, Clerk**

                                                            **By:     /s/ JW Chambers                          **
                                                                     **Elizabeth Garcia**
                                                                     **Courtroom Deputy**